B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Idaho | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rocha Dairy, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Rocha Farms** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**95-2331974** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3164 South 2050 East**<br>**Wendell, ID**<br>ZIP Code **83355** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Gooding** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**  *** Brent T. Robinson 1932 ***

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Rocha Dairy, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Rocha Dairy, LLC** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Brent T. Robinson**
Signature of Attorney for Debtor(s)

**Brent T. Robinson 1932**
Printed Name of Attorney for Debtor(s)

**Robinson, Anthon & Tribe**
Firm Name

**615 H Street**
**P.O. Box 396**
**Rupert, ID 83350-0396**
Address

**(208) 436-4717  Fax: (208) 436-6804**
Telephone Number

**May 25, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Elcidio Rocha**
Signature of Authorized Individual

**Elcidio Rocha**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

**May 25, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Idaho

In re  **Rocha Dairy, LLC**
Debtor(s)

Case No.
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Wolfe Brothers Inc<br>PO Box 398<br>Grand View, ID 83624 | Wolfe Brothers Inc<br>PO Box 398<br>Grand View, ID 83624 | | | 337,849.19 |
| JD Heiskel<br>PO Box 839<br>Wendell, ID 83355 | JD Heiskel<br>PO Box 839<br>Wendell, ID 83355 | Purchase of Grain for Cow Feed | | 255,274.76 |
| Mary Lou Alves<br>517 Travelers Way<br>Twin Falls, ID 83301 | Mary Lou Alves<br>517 Travelers Way<br>Twin Falls, ID 83301 | | | 200,000.00 |
| Evans Grain, Feed and Seed<br>P.O. Box B<br>Burley, ID 83318 | Evans Grain, Feed and Seed<br>P.O. Box B<br>Burley, ID 83318 | Grain Purchases for Cow Feed | | 153,556.14 |
| Standlee Hay Company<br>826 South 1700 East<br>Eden, ID 83325 | Standlee Hay Company<br>826 South 1700 East<br>Eden, ID 83325 | Hay Purchases | | 119,000.00 |
| Kurt Wiersma Trucking<br>352 South 500 West<br>Jerome, ID 83338 | Kurt Wiersma Trucking<br>352 South 500 West<br>Jerome, ID 83338 | Hay Purchases | | 102,227.41 |
| Evans Mineral & Nutrition<br>P.O.Box B<br>Burley, ID 83318 | Evans Mineral & Nutrition<br>P.O.Box B<br>Burley, ID 83318 | Purchase of Minerals for Cow Feed | | 92,428.03 |
| Valley Co-op<br>1833 South Lincoln<br>Jerome, ID 83338 | Valley Co-op<br>1833 South Lincoln<br>Jerome, ID 83338 | Purchase of Supplies, Fuel & Minerals | | 84,005.66 |
| Jeff Lund<br>1446 East 2950 South<br>Wendell, ID 83355 | Jeff Lund<br>1446 East 2950 South<br>Wendell, ID 83355 | Hauling Silage | | 54,084.20 |
| High Mountain Hay, LLC<br>1096 N. Eastland Drive<br>Twin Falls, ID 83301 | High Mountain Hay, LLC<br>1096 N. Eastland Drive<br>Twin Falls, ID 83301 | Hay Purchases | | 52,020.32 |
| Progressive Bovine Supply<br>53 East 200 South<br>Jerome, ID 83338 | Progressive Bovine Supply<br>53 East 200 South<br>Jerome, ID 83338 | | | 42,018.55 |
| Blue Mud, Inc.<br>P.O. Box 5278<br>Twin Falls, ID 83303 | Blue Mud, Inc.<br>P.O. Box 5278<br>Twin Falls, ID 83303 | Straw | | 37,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Rocha Dairy, LLC**  
                Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| PHI Financial<br>P.O. Box 660635<br>Dallas, TX 75266-0635 | PHI Financial<br>P.O. Box 660635<br>Dallas, TX 75266-0635 | See Purchases | | 30,157.49 |
| Standley & Co.<br>Farmore of Idaho<br>P.O. Box 14<br>Jerome, ID 83338 | Standley & Co.<br>Farmore of Idaho<br>P.O. Box 14<br>Jerome, ID 83338 | Parts & Service Calls for Pivot irrigation system | | 28,253.67 |
| Paul S. Niehaus DVM<br>P.O. Box 286<br>Jerome, ID 83338 | Paul S. Niehaus DVM<br>P.O. Box 286<br>Jerome, ID 83338 | | | 23,135.10 |
| David Freer<br>2390 South 10th East<br>Mountain Home, ID 83647 | David Freer<br>2390 South 10th East<br>Mountain Home, ID 83647 | | | 22,000.00 |
| Walco<br>P.O. Box 911423<br>Dallas, TX 75391-1423 | Walco<br>P.O. Box 911423<br>Dallas, TX 75391-1423 | | | 21,719.72 |
| Pat M. Richards<br>1215 East 2000 South<br>Bliss, ID 83314 | Pat M. Richards<br>1215 East 2000 South<br>Bliss, ID 83314 | | | 21,300.00 |
| Dick's Dairy Supply<br>472 South 400 West<br>Heyburn, ID 83336 | Dick's Dairy Supply<br>472 South 400 West<br>Heyburn, ID 83336 | | | 19,828.72 |
| Van Dyk Truck Parts<br>1760 Kimberly Road<br>Twin Falls, ID 83301 | Van Dyk Truck Parts<br>1760 Kimberly Road<br>Twin Falls, ID 83301 | | | 16,115.57 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 25, 2011**          Signature  **/s/ Elcidio Rocha**  
                                                                                      **Elcidio Rocha**  
                                                                                      **Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Idaho

In re    **Rocha Dairy, LLC**            Case No. 
                  Debtor(s)       Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **May 25, 2011**           **/s/ Elcidio Rocha**
                                               **Elcidio Rocha**/**Member**
                                               Signer/Title

```
Amalgamated Sugar Company
P.O. Box 3661
Portland, OR 97208-3661



American Calf Products
P.O. Box 3046
Turlock, CA 95381



Bill Emery
3197 South 2200 East
Wendell, ID 83355



Bill Fleming
1740 East 3600 South
Wendell, ID 83355



Blue Mud, Inc.
P.O. Box 5278
Twin Falls, ID 83303



Burks Tractor
3140 Kimberly Road
Twin Falls, ID 83301



Cesco
2000 East Overland Road
Meridian, ID 83642



Chris & Bernadette Chandler
3131 South 2050 East
Wendell, ID 83355



CNH Capital
PO Box 9218
Old Bethpage, NY 11804-9218
```

```
Cooper Norman & Company
PO Box 5399
Twin Falls, ID 83303-5399



Crozier Enterprises
241 West 300 South
Jerome, ID 83338



D.L. Evans Bank
980 South Lincoln
Jerome, ID 83338



David Freer
2390 South 10th East
Mountain Home, ID 83647



Dick's Dairy Supply
472 South 400 West
Heyburn, ID 83336



Doug Suter Co. LLC
PO Box 142
Jerome, ID 83338-0142



Eaton Drilling & Pump
P.O. Box 230
Wendell, ID 83355



Electrical Contractors
P.O. Box 673
Jerome, ID 83338



Evans Grain, Feed and Seed
P.O. Box B
Burley, ID 83318
```

```
Evans Mineral & Nutrition
P.O.Box B
Burley, ID 83318



Farm Plan
P.O. Box 5328
Madison, WI 53705-0328



Farm Plan
C/o Deere Credit Services
P.O. Box 65090
West Des Moines, IA 50265



Farm Plan
PO Box 4450
Carol Stream, IL 60197-4450



Gary Eldredge
2626 East 3800 North
Twin Falls, ID 83301



Gary Eldredge
% David A. Coleman, Esq.
PO Box 525
Twin Falls, ID 83303-0525



Gooding County Treasurer
P.O. Box 326
Gooding, ID 83330-0326



High Mountain Hay, LLC
1096 N. Eastland Drive
Twin Falls, ID 83301



High Mountain Hay, LLC
% David A. Coleman, Esq.
PO Box 525
Twin Falls, ID 83303-0525
```

```
Holstein Association
1 Holstein Place
Brattleboro, VT 05302



Hub City Building
163 South Idaho
Wendell, ID 83355



Idaho State Tax Commission
Bankruptcy Division
P.O. Box 36
Boise, ID 83722-2302



Idaho Udder Health
901 N. Lincoln
Jerome, ID 83338



Internal Revenue Service
Centralized Insolvency Dept
P.O. Box 7346
Philadelphia, PA 19114-7346



J. R. Simplot Company
dba Western Stockmen's
P.O. Box 413058
Salt Lake City, UT 84141-3058



JD Heiskel
PO Box 839
Wendell, ID 83355



Jeff Lund
1446 East 2950 South
Wendell, ID 83355



Kurt Wiersma Trucking
352 South 500 West
Jerome, ID 83338
```

Mary Lou Alves
517 Travelers Way
Twin Falls, ID 83301


MetLife
Agricultural Investments
8717 West 110th St. Ste 700
Overland Park, KS 66210-2127


MetLife - Ag Investments
Central Regional Office
10801 Mastin Blvd, Ste 930
Overland Park, KS 66210-2101


Nelson Jameson
P.O. Box 1147
Marshfield, WI 54449


Pat M. Richards
1215 East 2000 South
Bliss, ID 83314


Paul S. Niehaus DVM
P.O. Box 286
Jerome, ID 83338


PHI Financial
P.O. Box 660635
Dallas, TX 75266-0635


ProFlame
138 Bridon Way
Jerome, ID 83338-6131


Progressive Bovine Supply
53 East 200 South
Jerome, ID 83338

```
Progressive Dairy Service
    and Supplies
447 Boise Street
Wendell, ID 83355




Rangen Inc.
P.O. Box 706
Buhl, ID 83316-0706




Regence Blue Shield
P.O. Box 1106
Lewiston, ID 83501-1106




Reis Plumbing
3963 North 2300 East
Filer, ID 83328




Reitsma Holsteins
134 North 100 West
Jerome, ID 83338




Rocky Mountain Merchandising
834 Falls Avenue, Suite 2060
Twin Falls, ID 83301-3376




Standlee Hay Company
826 South 1700 East
Eden, ID 83325




Standley & Co.
Farmore of Idaho
P.O. Box 14
Jerome, ID 83338




Valley Co-op
1833 South Lincoln
Jerome, ID 83338
```

```
Van Dyk Truck Parts
1760 Kimberly Road
Twin Falls, ID 83301



Walco
P.O. Box 911423
Dallas, TX 75391-1423



Wendell O.K. Tire
P.O. Box 115
Wendell, ID 83355



Wendell Truck & Auto
356 South Idaho Street
Wendell, ID 83355



West Side Chopping
1692 East 3000 South
Wendell, ID 83355



Western Ag Enterprises, Inc
8121 W. Harrison Avenue
Tolleson, AZ 85353-3302



Western Stockmen's
223 Rodeo Avenue
Caldwell, ID 83605



Western Stockmen's
% R. Scott Pasley, Esq.
PO Box 27
Boise, ID 83707



Western Truck & Equip LLC
Louie Roberts
11 West 300 South
Jerome, ID 83338
```

```
Williams, Meservy
& Lothspeich, LLP
153 East Main Street
Jerome, ID 83338-0168


Wolfe Brothers Inc
PO Box 398
Grand View, ID 83624
```

# United States Bankruptcy Court
### District of Idaho

In re: **Rocha Dairy, LLC**, Debtor

Case No. _____

Chapter **11**

# DECLARATION OF COMPLIANCE WITH RULE 9009

The undersigned is the attorney for the debtor in this case.

The undersigned declares under penalty of perjury that the Schedules and Forms filed in this case for the debtor were computer generated using *Best Case Bankruptcy* and conform with those prescribed by Bankruptcy Rule 9009.

Date **May 25, 2011**

**/s/ Brent T. Robinson 1932**
Signature of attorney
**Brent T. Robinson 1932**
**Robinson, Anthon & Tribe**
**615 H Street**
**P.O. Box 396**
**Rupert, ID 83350-0396**
**(208) 436-4717**