Brent T. Robinson, Esq.
ROBINSON ANTHON & TRIBE
Attorneys at Law
615 H Street
P.O. Box 396
Rupert, ID  83350-0396
Telephone No. (208) 436-4717
Facsimile No. (208) 436-6804
Email Address:  btr@idlawfirm.com
Idaho State Bar No. 1932

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO
- - - - - - - - - - - - -

| | |
|---|---|
| In Re: ) | Case No.  11-40836-JDP |
| ) | (Chapter 11) |
| ) | |
| ROCHA DAIRY, LLC, ) | |
| aka ROCHA FARMS, ) | |
| ) | |
| Debtor. ) | |

- - - - - -

MOTION FOR AUTHORIZATION TO PARTICIPATE
IN USDA PROGRAMS

COMES NOW the above-named debtor by and through his attorney, Brent T. Robinson of the firm Robinson Anthon & Tribe, and moves the Court for an order authorizing debtor to participate in programs administered by the U. S. Department of Agriculture Consolidated Farm Service Agency [CFSA] and Commodity Credit Corporation [CCC], under the terms and conditions set forth in the proposed Order which is attached hereto and by reference made a part hereof.

This motion is made on the grounds and for the reasons that from time to time debtor in possession may need funds from the U. S. Department of Agriculture CFSA and CCC programs to continue operations during the pendency of his Chapter 12 bankruptcy.  Said funds are an integral part of debtors' income, and are become essential to continue farming operations and

fund the plan to be submitted by the debtor.

        DATED this 25th day of May, 2011.

                                    ROBINSON ANTHON & TRIBE

                                    By /S/ Brent T. Robinson
                                       Brent T. Robinson
                                       Attorneys for Debtor