## ROCHA DAIRY, LLC
### CASH FLOW BUDGET FOR THE TWELVE MONTHS ENDING APRIL 30, 2012

| | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | CASH RECEIPTS | | | | | | | |
| Milk Revenue | $496,355 | $546,210 | $564,417 | $564,417 | $591,948 | $611,680 | $591,948 | $611,680 | $611,680 | $552,485 | $611,680 | $591,948 |
| Cull Sales | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 |
| Heifers | | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 0 | | | | | |
| Calf Sales | 8,370 | 8,370 | 8,370 | 8,370 | 8,370 | 8,370 | 8,370 | 8,370 | 8,370 | 8,370 | 8,370 | 8,370 |
| Total Receipts | 522,225 | 587,080 | 605,287 | 605,287 | 632,818 | 652,550 | 617,818 | 637,550 | 637,550 | 578,355 | 637,550 | 617,818 |
| | | | | | CASH DISBURSEMENTS | | | | | | | |
| Feed | 379,566 | 425,723 | 431,613 | 431,613 | 427,518 | 441,769 | 427,518 | 441,769 | 441,769 | 399,017 | 441,769 | 427,518 |
| Wages | 42,336 | 32,130 | 33,201 | 33,201 | 32,886 | 33,982 | 32,886 | 33,982 | 33,982 | 30,694 | 33,982 | 32,886 |
| Payroll Taxes | 4,234 | 3,213 | 3,320 | 3,320 | 3,289 | 3,398 | 3,289 | 3,398 | 3,398 | 3,069 | 3,398 | 3,289 |
| Custom Work | 1,168 | 1,285 | 1,328 | 1,328 | 1,315 | 1,359 | 1,315 | 1,359 | 1,359 | 1,228 | 1,359 | 1,315 |
| Repairs | 8,759 | 9,639 | 9,960 | 9,960 | 9,866 | 10,195 | 9,866 | 10,195 | 10,195 | 9,208 | 10,195 | 9,866 |
| Supplies | 15,183 | 16,708 | 17,265 | 17,265 | 17,101 | 17,671 | 17,101 | 17,671 | 17,671 | 15,961 | 17,671 | 17,101 |
| Vet and Breeding | 6,423 | 7,069 | 7,304 | 7,304 | 7,235 | 7,476 | 7,235 | 7,476 | 7,476 | 6,753 | 7,476 | 7,235 |
| Testing and Trimming | 4,088 | 4,498 | 4,648 | 4,648 | 4,604 | 4,758 | 4,604 | 4,758 | 4,758 | 4,297 | 4,758 | 4,604 |
| BST | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| State Assessment | 11,971 | 13,173 | 13,612 | 13,612 | 13,483 | 13,933 | 13,483 | 13,933 | 13,933 | 12,584 | 13,933 | 13,483 |
| Bedding | 0 | 0 | 0 | 0 | 0 | 0 | 10,195 | 10,534 | 10,534 | 9,515 | 10,534 | 10,534 |
| Hauling | 1,168 | 1,285 | 1,328 | 1,328 | 1,315 | 1,359 | 1,315 | 1,359 | 1,359 | 1,228 | 1,359 | 1,315 |
| Utilities | 11,679 | 12,852 | 13,280 | 13,280 | 13,154 | 13,593 | 13,154 | 13,593 | 13,593 | 12,277 | 13,593 | 13,154 |
| Fuel and Taxes | 7,299 | 8,033 | 8,300 | 8,300 | 8,222 | 8,496 | 8,222 | 8,496 | 8,496 | 7,673 | 8,496 | 8,222 |
| Professional Fees | 292 | 292 | 292 | 292 | 292 | 292 | 292 | 292 | 292 | 292 | 292 | 292 |
| Insurance | 2,628 | 2,892 | 2,988 | 2,988 | 2,960 | 3,058 | 2,960 | 3,058 | 3,058 | 2,762 | 3,058 | 2,960 |
| Other | 292 | 321 | 332 | 332 | 329 | 340 | 329 | 340 | 340 | 307 | 340 | 329 |
| Total Disbursements | 497,085 | 539,112 | 548,772 | 548,772 | 543,569 | 561,678 | 553,763 | 572,212 | 572,212 | 516,865 | 572,212 | 543,569 |
| Excess (Deficit) | 25,140 | 47,968 | 56,515 | 56,515 | 89,249 | 90,872 | 64,055 | 65,337 | 65,337 | 61,490 | 65,337 | 74,249 |
| | | | | | DEBT SERVICE, MEMBER DRAWS AND CAPITAL EXPENDITURES | | | | | | | |
| Long-term Debt | | | | | | | | | | | | |
| Feed Loan Interest | | | | | | | | | | | | |
| Herd Loan Interest | | | | | | | | | | | | |
| Cow Purchases | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Partner withdrawal | | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Payment extra - old | | | | | | | | | | | | |
| Subtotal | 0 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Increase (Decrease) in Cash | 25,140 | 43,968 | 52,515 | 52,515 | 85,249 | 86,872 | 60,055 | 61,337 | 61,337 | 57,490 | 61,337 | 70,249 |
| Beginning Cash | 1,000 | 26,140 | 70,108 | 122,622 | 175,137 | 260,386 | 347,258 | 407,313 | 468,650 | 529,987 | 587,477 | 648,814 |
| Ending Cash | $26,140 | $70,108 | $122,622 | $175,137 | $260,386 | $347,258 | $407,313 | $468,650 | $529,987 | $587,477 | $648,814 | $719,063 |

EXHIBIT A