Brent T. Robinson, Esq., ISB No. 1932
Kelly Arthur Anthon, Esq., ISB No. 6575
ROBINSON, ANTHON & TRIBE
Attorneys at Law
615 H Street
P.O. Box 396
Rupert, ID  83350-0396
Telephone No. (208) 436-4717
Facsimile No. (208) 436-6804
Email Address:  btr@idlawfirm.com
                       kaa@idlawfirm.com


Attorneys for Debtor


UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO
- - - - - - - - - - - - -

In Re:                                              )        Case No.  11-40836-JDP
                                                    )              (Chapter 11)
        ROCHA DAIRY, LLC                            )
        aka ROCHA FARMS,                            )
                                                    )
                        Debtor.                     )
                                        - - - - - - -


APPLICATION TO EMPLOY ATTORNEY

---

**Notice of Application to Employ Attorney
and Opportunity to Object and for a Hearing**

No Objection.  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

Objection.  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served upon the movant.

Hearing on Objection.  The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

APPLICATION TO EMPLOY ATTORNEY - 1

TO:  THE HONORABLE JIM D. PAPPAS, UNITED STATES BANKRUPTCY JUDGE

ROCHA DAIRY, LLC aka ROCHA FARMS, the debtor herein, respectfully alleges and states as follows:

1.  Applicant is the debtor in possession in the above-entitled case.

2.  To perform its duties as debtor in possession, applicant requires the services of an attorney specifically as follows:  to assist debtor in possession in preparing a Disclosure Statement and Chapter 11 Plan for Reorganization, and to assist in all other activities necessary to carry out its duties and responsibilities as debtor in possession in a Chapter 11 bankruptcy.

3.  Applicant proposes to employ the law firm of Robinson, Anthon & Tribe, attorneys at law, and more specifically Brent T. Robinson and Kelly Arthur Anthon of said firm, for the purpose of assisting the debtor as needed, and representing debtor in possession in all proceedings herein.

4.  Said law firm is not disqualified for such employment even though Brent T. Robinson and Kelly Arthur Anthon prepared the necessary documents for filing a Chapter 11 bankruptcy.  To the best of debtor's knowledge, information, and belief, said law firm does not represent or hold any interest adverse to debtor in possession and to represent debtor in possession is merely a continuation of the responsibilities already assumed by said attorneys.

5.  Applicant has been informed that the normal hourly rate charged by Brent T. Robinson is $200.00 per hour and the normal hourly rate charged by Kelly Arthur Anthon is $160.00 per hour, and it is contemplated that the firm of Robinson, Anthon & Tribe will seek compensation based upon that hourly rate and may seek interim compensation during the pendency of the case as permitted by 11 U.S.C. §331.  Debtor has also been informed that the

APPLICATION TO EMPLOY ATTORNEY - 2

foregoing rate is subject to being increased or decreased from time to time as a result of changed

economic conditions and/or modifications in the attorney's billing rates and procedures

applicable to all of the attorney's clients, as well as unique circumstances to this particular case.

WHEREFORE, applicant prays for authorization to employ the services of the

law firm of Robinson, Anthon & Tribe, more specifically Brent T. Robinson and Kelly Arthur

Anthon, as its attorney to represent the debtor in all proceedings in this case and to assist the

debtor in connection with its duties and responsibilities as debtor in possession, and that said law

firm be paid as an administrative expense in such amount or amounts as this Court may hereafter

determine as allowed.

DATED this 25th day of May, 2011.

ROCHA DAIRY, LLC

By  /S/  Elcidio Al Rocha
Elcidio "Al" Rocha, Member

### DECLARATION OF BRENT T. ROBINSON AND KELLY ARTHUR ANTHON OF THE FIRM ROBINSON, ANTHON & TRIBE

I, Brent T. Robinson, and I, Kelly Arthur Anthon, hereby declare as follows:

1. That we are attorneys duly admitted to practice law before all courts in the State

of Idaho, including this Court and the Federal District Court in the State of Idaho.

2. We are partners in the law firm of Robinson, Anthon & Tribe, which is the law

firm debtor in possession seeks to employ in this matter. All members and associates of this law

firm are similarly duly admitted to practice law in the State of Idaho and before this Court.

3. The law firm of Robinson, Anthon & Tribe, more specifically the undersigned

APPLICATION TO EMPLOY ATTORNEY - 3

attorneys, assisted the debtor in preparing the necessary paperwork for filing a Chapter 11

bankruptcy, and will continue to represent the debtor during the course of its pending bankruptcy

proceeding.

4.  The undersigned attorneys have reviewed the list of creditors and other parties

in interest in the bankruptcy of the debtor, and to the best of my knowledge, information, and

belief, I have not represented any of its creditors or other parties in interest.  My only connection

with any of the creditors of the debtor, their attorneys and/or accountants, the United States

Trustee's office, or any person employed in the office of the United States Trustee, is that we

may have been opposing counsel in cases that also involved them.

5.  The undersigned hereby declares, represents and alleges that the law firm of

Robinson, Anthon & Tribe does not represent or hold any interest adverse to debtor in possession

or to the estate with respect to the particular matter for which it is to be employed, and

representing debtor in possession is merely a continuation of the responsibilities already assumed

by said attorneys.

6.  The debtor has paid the law firm of Robinson & Associates a retainer fee of

$15,000 for services rendered or to be rendered in this case.  Of that amount $4,304.57 was applied

to pre-petition fees and costs, and fees and costs incurred in the preparation and filing of this case.

The balance of $10,695.43 is being held in trust with the understanding said sum will be applied to

post-petition fees and costs incurred in this case, but only after Court approval has been obtained.

7.  The law firm of Robinson, Anthon & Tribe, more specifically Brent T. Robinson

and Kelly Arthur Anthon have agreed to accept $200 per hour and $160 per hour, respectively, plus

costs for services rendered or to be rendered herein. This rate is the same rates we charge non-

bankruptcy clients; however, the rates are subject to being increased or decreased from time to

APPLICATION TO EMPLOY ATTORNEY - 4

time as a result of changed economic conditions and/or modifications in applicant's billing rates

and procedures applicable to all of applicant's clients, as well as unique circumstances to this

particular case.

        We, hereby declare, under penalty of perjury, that the foregoing is true and correct to

the best of our knowledge, information and belief.

        DATED this 25th day of May, 2011.

                    ROBINSON, ANTHON & TRIBE


        By  /S/  Brent T. Robinson
          Brent T. Robinson
          Email Address:  btr@idlawfirm.com


        By  /S/  Kelly Arthur Anthon
          Kelly Arthur Anthon
          Email Address:  kaa@idlawfirm.com


<u>CERTIFICATE OF MAILING</u>

        I HEREBY CERTIFY that on the 27th day of May, 2011, the within and foregoing APPLICATION TO EMPLOY ATTORNEY was filed electronically through the Bankruptcy Court's CM/ECF filing system, and upon such filing the CM/ECF registered participants in this case were served by electronic means.

        I FURTHER CERTIFY that a true and correct copy of the within and foregoing Application  was also served upon each of the following by depositing the same in the United States mail with first-class postage prepaid, enclosed in an envelope addressed to:

        Office of the U. S. Trustee
        Washington Group Central Plaza
        720 Park Boulevard, Suite 220
        Boise, ID   83712

        Rocha Dairy, LLC
        3164 South 2050 East
        Wendell, ID   83355

                /S/  Brent T. Robinson
                Brent T. Robinson

APPLICATION TO EMPLOY ATTORNEY - 5