B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### District of Idaho

In re  **Rocha Dairy, LLC**
_____ ,
                                          Debtor

Case No. _____**11-40836**_____

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 3 | 8,010,000.00 | | |
| B - Personal Property | Yes | 7 | 4,669,974.76 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 6,784,907.08 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 128,276.93 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 1,791,893.72 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 25 | | | |
| Total Assets | | | 12,679,974.76 | | |
| Total Liabilities | | | | 8,705,077.73 | |

Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Idaho

In re    **Rocha Dairy, LLC**

Debtor

Case No.    **11-40836**

Chapter        **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re **Rocha Dairy, LLC**                     ,      Case No.    **11-40836**
                               Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Dairy & 550 acres, more or less, of farm ground located at or about 3164 South 2050 East, Wendell, Gooding County, Idaho, together with (18) corral shades, (6) houses, (2) shops, (1) calving barn, (1) commodity shed for grain, (2) commodity barns, (5) hay barns and (6) pivots located thereon. Legal description attached.** | **Owner subject to liens of D. L. Evans Bank & MetLife** | - | **8,010,000.00** | **6,527,206.04** |

| | | |
|---|---|---|
| Sub-Total > | **8,010,000.00** | (Total of this page) |
| Total > | **8,010,000.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

EXHIBIT A

PARCEL 1:

TOWNSHIP 8 SOUTH RANGE 15 EAST OF THE BOISE MERIDIAN,
GOODING COUNTY, IDAHO

Section 10:      W½NE¼

PARCEL 2:

TOWNSHIP 8 SOUTH, RANGE 15 EAST OF THE BOISE MERIDIAN,
GOODING COUNTY, IDAHO

Section 10:      SE¼, EXCEPTING THEREFROM the following described parcel of land:

Beginning at the Southeast corner of said SE¼SE¼ Section 10;
Thence North 749.59 feet along the Easterly boundary of said SE¼SE¼;
Thence West 50.00 feet;
Thence South 39°00'49" West, 898.18 feet;
Thence South 0°9'31" West, 50.00 feet to the Southerly boundary of said SE¼SE¼;
Thence South 89°50'29" East, 615.55 feet to THE POINT OF BEGINNING.

PARCEL 3:

TOWNSHIP 8 SOUTH, RANGE 15 EAST OF THE BOISE MERIDIAN,
GOODING COUNTY, IDAHO

Section 10:      That part of the SE¼SE¼, described as follows:

Beginning at the Southeast corner of said SE¼SE¼ Section 10;
Thence North 749.59 feet along the Easterly boundary of said SE¼SE¼;
Thence West 50.00 feet;
Thence South 39°00'49" West, 898.18 feet;
Thence South 0°9'31" West, 50.00 feet to the Southerly boundary of said SE¼SE¼;
Thence South 89°50'29" East, 615.55 feet to THE POINT OF BEGINNING.

PARCEL 4:

TOWNSHIP 8 SOUTH, RANGE 15 EAST OF THE BOISE MERIDIAN,
GOODING COUNTY, IDAHO

Section 10:      S½SW¼, EXCEPTING THEREFROM the following described parcel of land:

Beginning at the Southwest corner for Section 10;
Thence North 0°00'23" East, 545.26 feet along the Westerly boundary of Section 10 to THE
TRUE POINT OF BEGINNING;
Thence North 0°00'23" East, 755.41 feet along the Westerly boundary of Section 10 to the
Northwest corner of S½SW¼;
Thence South 89°39'11" East, 628.94 feet along the Northerly boundary of S½SW¼;
Thence South 39°55'33" West, 980.08 feet to THE TRUE POINT OF BEGINNING.

TOGETHER WITH an irrigation pipeline easement being the Northerly 15.00 feet of the
S½SW¼, as created by Warranty Deed recorded May 12, 1994 as Instrument Number 156993,
Gooding County records.

PARCEL 5:

TOWNSHIP 8 SOUTH, RANGE 15 EAST OF THE BOISE MERIDIAN,
GOODING COUNTY, IDAHO

Section 10:        E½NE¼;

EXCEPTING THEREFROM that part of the NE¼NE¼, described as follows:

Commencing at the Northeast corner of said Section 10, from which the East one quarter (E½)
corner of said Section 10 bears South 00°02'56" West 2642.59 feet said Northeast
corner of Section 10 being the TRUE POINT OF BEGINNING;
Thence South 00°02'56" West along the East boundary of the Northeast Quarter of said Section
10 for a distance of 266.00 feet;
Thence South 88°37'14" West for a distance of 258.08 feet;
Thence North 00°02'56" East parallel with the East boundary of the Northeast Quarter of said
Section 10 for a distance of 273.00 feet to a point on the North boundary of the
Northeast Quarter of said Section 10;
Thence South 89°49'31" East along the North boundary of the Northeast Quarter of said Section
10 for a distance of 258.00 feet to the TRUE POINT OF BEGINNING.

SUBJECT TO a 25.0 foot wide County road easement along the North and East boundaries of the
before described parcel.

PARCEL 6:

TOWNSHIP 8 SOUTH, RANGE 15 EAST OF THE BOISE MERIDIAN,
GOODING COUNTY, IDAHO

Section 10:        NW¼

B6B (Official Form 6B) (12/07)

In re    **Rocha Dairy, LLC**                                                              ,    Case No.    **11-40836**
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Farmers Nat'l Bank - Wendell, ID Business Checking Acct No. xxxx4577** | - | 0.00 |
| | | | **Farmers Nat'l Bank - Wendell, ID Elcidio Rocha Life Insurance Trust Money Market Acct No. xxxx9218** | - | 54.76 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Trans America Life Insurance Co. 488 Blue Lakes Boulevard Twin Falls, ID 83301 Insured: Elcidio "Al" Rocha and Policy No. 42040396 $1,000,000 Term Life Insurance** | - | 0.00 |

|  | Sub-Total > | **54.76** |
|---|---|---|
| | (Total of this page) | |

  __6__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Rocha Dairy, LLC**                       ,      Case No.   **11-40836**
                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Prime America Life Insurance Co.**<br>**PO Box 105111**<br>**Atlanta, GA   30348-5111**<br>  **Insured:  Dennis Coelho**<br>  **Policy No. 047186949**<br>**$1,000,000 Term Life Insurance** | - | **0.00** |
| | | **Trans America Life Insurance Co.**<br>**488 Blue Lakes Boulevard**<br>**Twin Falls, ID   83301**<br>  **Insured:  Dennis Coelho**<br>  **Policy No. 42040400**<br>**$1,000,000 Term Life Insurance** | - | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

                                        Sub-Total >        **0.00**
                                        (Total of this page)

Sheet   **1**   of   **6**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Rocha Dairy, LLC**                                                    , Case No.   __11-40836__
                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **(2) Kirby 1020 Mix Trucks @ $45,000 ea** | - | 90,000.00 |
| | | **Kirby 920 Mix Truck** | - | 45,000.00 |
| | | **1973 Diar Truck** | - | 500.00 |
| | | **1983 Chevrolet LL Truck** | - | 500.00 |
| | | **1989 Kenworth Truck** | - | 5,000.00 |
| | | **1989 Chevrolet 4x4 Pickup, VIN ending 5714** | - | 2,000.00 |
| | | **1989 Chevrolet 4x4 Pickup, VIN ending 9773** | - | 2,000.00 |
| | | **1993 International Truck** | - | 5,000.00 |

Sub-Total >      150,000.00
(Total of this page)

Sheet   __2__   of   __6__   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Rocha Dairy, LLC**                                                          Case No.    __11-40836__
                                                                            ,
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1994 Ford F15 Pickup | - | 3,000.00 |
| | | 1991 Jackson 3-Horse Slant Load Trailer | - | 5,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Kirby 4 Bale Straw Spreader | - | 20,000.00 |
| | | Kirby Big Bale Feeder | - | 15,000.00 |
| | | Kirby Big Bale Feeder | - | 15,000.00 |
| | | Kirby Big Bale Feeder | - | 15,000.00 |
| | | Honey-Vac 3125 | - | 50,000.00 |
| | | Welder | - | 5,000.00 |
| | | Misc. Shop Tools & Tool Boxes | - | 1,500.00 |
| | | 30HP Electric Motor w/ Paco Pump | - | 3,000.00 |
| | | (2) Century 7.5HP Motors w/ Berkeley Centrifugal Pumps | - | 1,000.00 |
| | | 20HP Baldor Elector Motor w/ Cornell Centrifugal Pump | - | 2,500.00 |
| | | 40HP Baldor Electric Motor w/ Cornell Centrifugal Pump | - | 3,500.00 |
| | | (1) 25-Ton Grain Tank and Auger System | - | 1,000.00 |
| | | (1) Vandenburg Crowd Gate | - | 500.00 |
| | | (1) Sprinkler Holding Pen w/ Booster Pump | - | 1,000.00 |
| | | (1) Manure Pump, Agitator and Manure Separator | - | 5,000.00 |
| | | (2) 46-Gallon Milk Receivers w/ (2) Fristam Milk Pumps, Filters and Controls and Transfer Lines | - | 10,000.00 |
| | | (2) 4" Double Back Loop Pipelines | - | 10,000.00 |

|  | Sub-Total > | 167,000.00 |
|---|---|---|
| | (Total of this page) | |

Sheet __3__ of __6__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Rocha Dairy, LLC**                                                          ,    Case No.    **11-40836**
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | (54) Clean-in-Place Units w/ Hose | - | 5,000.00 |
| | | (1) Custom 150-Gallon Wash Vat | - | 5,000.00 |
| | | (3) O.A. Smith Water Heaters | - | 9,000.00 |
| | | (2) Surge Pulsation Controllers | - | 1,000.00 |
| | | (54) Surge Twin Pulsators and Pulsator Lines | - | 10,800.00 |
| | | (1) 500-Gallon Vacuum Regulator | - | 5,000.00 |
| | | (2) 20HP Nash Vacuum Pumps w/ Motors and Vacuum Lines | - | 10,000.00 |
| | | (54) Universal Milker Units w/ Air Forks | - | 16,200.00 |
| | | (184) Delaval 03 Shells, Milk Hose, Liners and Air Tubes | - | 15,000.00 |
| | | (54) Surge Optic 850 Detachers w/ Arms | - | 20,000.00 |
| | | (2) Power Supplies | - | 2,000.00 |
| | | (2) 10HP ingersoll Rand Air Compressors w/ 120-Gallon Tanks | - | 20,000.00 |
| | | (3) Power Supplies and Controls | - | 1,000.00 |
| | | (1) Power Teach Sprayer w/ 24 Drops | - | 2,000.00 |
| | | (20) Towel Dispensers | - | 5,000.00 |
| | | (1) Silo 10,000-Gallon Milk Tank Complete | - | 35,000.00 |
| | | (1) 7.5HP Transfer Pump | - | 3,000.00 |
| | | (1) Mueller Film Chiller | - | 10,000.00 |
| | | (2) Mueller 6,000-Gallon Milk Tanks Complete w/ Compressors, Controls and Wash Pumps | - | 20,000.00 |
| | | Generator | - | 50,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | | Cows -- Milking (1470 head) | - | 2,058,000.00 |

Sub-Total >    **2,303,000.00**
(Total of this page)

Sheet  __4__  of  __6__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Rocha Dairy, LLC**                                                    ,    Case No.    __11-40836__
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Cows -- Dry (415 head) | - | 581,000.00 |
| | | Big Bulls (3 head) | - | 3,300.00 |
| | | Small Bulls (44 head) | - | 28,600.00 |
| | | Calves -- 3 months (239 head) | - | 71,700.00 |
| | | Calves -- 3 month to 15 month (574 head) | - | 401,800.00 |
| | | Calves -- 15 months (206 head) | - | 185,400.00 |
| | | Springer Heifers (159 head) | - | 222,600.00 |
| | | Steers (16 head) | - | 16,000.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | | 1997 Case Loader 621 B | - | 52,500.00 |
| | | 1990 Case 4WD 5120 | - | 16,225.00 |
| | | 1992 Case 4WD 5140 | - | 20,597.00 |
| | | 1985 Case 4WD 685 | - | 10,039.00 |
| | | 1997 Case 4WD 4210 | - | 13,262.00 |
| | | 1992 Case Backhoe | - | 17,000.00 |
| | | 1992 Case 4WD 5140 | - | 20,597.00 |
| | | Peterbuilt Truck Spreader | - | 26,600.00 |
| | | Case 1580 Spreader | - | 7,700.00 |
| | | McCormick CX95 Tractor | - | 20,000.00 |
| | | John Deere 6410 | - | 45,000.00 |
| | | K-W Truck Spreader | - | 45,000.00 |
| | | John Deere 544J Loader SN ending 2666 | - | 100,000.00 |
| | | John Deere 544J Loader SN ending 6764 | - | 100,000.00 |

Sub-Total >    2,004,920.00
(Total of this page)

Sheet __5__ of __6__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re     **Rocha Dairy, LLC**                                                          Case No.     **11-40836**
                                                                        ,
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **John Deere 4455** | **-** | **45,000.00** |
| 34.  Farm supplies, chemicals, and feed. | **X** | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | **X** | | | |

|  |  |
|---|---|
| Sub-Total > | **45,000.00** |
| (Total of this page) | |
| Total > | **4,669,974.76** |

Sheet  __6__  of  __6__   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **Rocha Dairy, LLC**                                                                    Case No.  __11-40836__
_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**D.L. Evans Bank<br>980 South Lincoln<br>Jerome, ID 83338** | X | - | **09/2004 - 2009<br>UCC Financing Statement<br>Inventory, Equipment, Farm Products and Supplies, Crops and Livestock, Milk, Accounts and Other Rights to Payment, all General Intangibles, and Governmental Payments** | | | | | |
| | | | Value $                    0.00 | | | | 3,614,699.45 | 3,614,699.45 |
| Account No. **xx7126**<br><br>**MetLife - Ag Investments<br>Central Regional Office<br>10801 Mastin Blvd, Ste 930<br>Overland Park, KS 66210-2101** | X | - | **09/2005<br><br>Mortgage<br><br>Dairy and 550 acres, more or less, of Farm Ground** | | | | | |
| | | | Value $                    0.00 | | | | 2,912,506.59 | 2,912,506.59 |
| Account No.<br><br>**Rocky Mountain Merchandising<br>834 Falls Avenue, Suite 2060<br>Twin Falls, ID 83301-3376** | | - | **07/2010<br><br>UCC Financing Statement<br><br>Dairy Cows and Milk** | X | X | X | | |
| | | | Value $                    0.00 | | | | 145,572.80 | 145,572.80 |
| Account No.<br><br>**West Side Chopping<br>1692 East 3000 South<br>Wendell, ID 83355** | | | **04/2011<br><br>SL-1 Crop Lien<br><br>Chopping and Hauling Corn Silage** | | | | | |
| | | | Value $                    0.00 | | | | 112,128.24 | 112,128.24 |

| __0__  continuation sheets attached | Subtotal<br>(Total of this page) | 6,784,907.08 | 6,784,907.08 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 6,784,907.08 | 6,784,907.08 |

B6E (Official Form 6E) (4/10)

.

In re    **Rocha Dairy, LLC**                                                                              Case No. ____**11-40836**____
                                                              ,
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

____**1**____  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Rocha Dairy, LLC**                                                                  ,   Case No.   __11-40836__
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Gooding County Treasurer** <br>**P.O. Box 326** <br>**Gooding, ID 83330-0326** | - | | **2011 Real Estate Taxes** | | | | **12,685.30** | **12,685.30** | **0.00** |
| Account No. **xx-xxx8781** <br><br>**Internal Revenue Service** <br>**Centralized Insolvency Dept** <br>**P.O. Box 7346** <br>**Philadelphia, PA 19114-7346** | - | | **2010** <br><br>**Form 941 and 943 Taxes Payable** | | | | **115,591.63** | **0.00** | **115,591.63** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | **12,685.30** <br> **128,276.93** | **115,591.63** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **12,685.30** <br> **128,276.93** | **115,591.63** |

B6F (Official Form 6F) (12/07)

In re    **Rocha Dairy, LLC**                                    ,    Case No.    **11-40836**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx0101**<br><br>**Amalgamated Sugar Company**<br>**P.O. Box 3661**<br>**Portland, OR 97208-3661** | - | | 2010<br>**Feed - Beet Pulp** | | | | 12,306.25 |
| Account No.<br><br>**American Calf Products**<br>**P.O. Box 3046**<br>**Turlock, CA 95381** | - | | September 2010<br>**Powdered Milk for Baby Calves** | | | | 6,600.00 |
| Account No.<br><br>**Bill Emery**<br>**3197 South 2200 East**<br>**Wendell, ID 83355** | - | | 2010<br>**Hay** | | | | 9,000.00 |
| Account No.<br><br>**Bill Fleming**<br>**1740 East 3600 South**<br>**Wendell, ID 83355** | - | | 2009<br>**Hauling Fertilizer** | | | | 4,684.00 |

__9__  continuation sheets attached

Subtotal
(Total of this page)         32,590.25

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rocha Dairy, LLC**                                              ,    Case No. ___**11-40836**___
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Blue Mud, Inc.** <br> **Lonnie Lowder** <br> **P.O. Box 5278** <br> **Twin Falls, ID 83303** | - | | February 2011 <br> Straw | | | | 37,000.00 |
| Account No. <br><br> **Burks Tractor** <br> **3140 Kimberly Road** <br> **Twin Falls, ID 83301** | - | | 2011 <br> Parts & Repairs | | | | 2,339.63 |
| Account No. <br><br> **Cesco** <br> **2000 East Overland Road** <br> **Meridian, ID 83642** | - | | October 2010 <br> Service Calls & Parts | | | | 10,459.75 |
| Account No. **xxxx-xxxx-xxxx-9199** <br><br> **CNH Capital** <br> **PO Box 9218** <br> **Old Bethpage, NY 11804-9218** | - | | December 2009 <br> Parts & Repairs | | | | 15,195.52 |
| Account No. <br><br> **Cooper Norman & Company** <br> **PO Box 5399** <br> **Twin Falls, ID 83303-5399** | - | | December 2010 <br> Tax Preparation | | | | 6,882.52 |

Sheet no. __**1**__ of __**9**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

71,877.42

B6F (Official Form 6F) (12/07) - Cont.

In re **Rocha Dairy, LLC**                                                    , Case No. **11-40836**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Corn Silage | | | | |
| Crozier Enterprises 241 West 300 South Jerome, ID 83338 | - | | | | | | 9,504.00 |
| Account No. | | | 2009 Hay | | | | |
| David Freer 2390 South 10th East Mountain Home, ID 83647 | - | | | | | | 22,000.00 |
| Account No. | | | 2010 Vet Meds & Dairy Supplies | | | | |
| Dick's Dairy Supply 472 South 400 West Heyburn, ID 83336 | - | | | | | | 20,126.15 |
| Account No. | | | Hauling Dirt | | | | |
| Doug Suter Co. LLC PO Box 142 Jerome, ID 83338-0142 | - | | | | | | 2,700.00 |
| Account No. | | | August 2010 Water Pump & Meter Service Calls | | | | |
| Eaton Drilling & Pump P.O. Box 230 Wendell, ID 83355 | - | | | | | | 5,444.78 |

Sheet no. **2** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **59,774.93**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rocha Dairy, LLC**                                          ,      Case No. _____**11-40836**_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Electrical Contractors**<br>**P.O. Box 673**<br>**Jerome, ID 83338-0673** | - | | **2010**<br>**Electrical Wiring & Repairs** | | | | **4,404.41** |
| Account No. **153**<br><br>**Evans Grain, Feed and Seed**<br>**P.O. Box B**<br>**Burley, ID 83318** | - | | **2009**<br>**Grain Purchases for Cow Feed** | | | | **153,556.14** |
| Account No. **x0153**<br><br>**Evans Mineral & Nutrition**<br>**P.O.Box B**<br>**Burley, ID 83318** | - | | **2009**<br>**Purchase of Minerals for Cow Feed** | | | | **93,765.15** |
| Account No.<br><br>**Farm Plan**<br>**P.O. Box 5328**<br>**Madison, WI 53705-0328** | - | | **Parts & Repairs** | | | | **2,577.69** |
| Account No.<br><br>**Gary Eldredge**<br>**2626 East 3800 North**<br>**Twin Falls, ID 83301** | - | | **May 2009**<br>**Purchase of Heifers** | | | | **3,307.50** |

Sheet no. __**3**___ of __**9**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **257,610.89**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rocha Dairy, LLC**                                                    ,    Case No.    **11-40836**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**High Mountain Hay, LLC** <br>**1096 N. Eastland Drive** <br>**Twin Falls, ID 83301** | - | | **October 2009** <br>**Hay Purchases** | | | | **52,292.35** |
| Account No. **xx9615** <br><br>**Holstein Association** <br>**1 Holstein Place** <br>**Brattleboro, VT 05302-3304** | - | | **2009 - 2010** <br>**Cow Tags and Registration** | | | | **4,965.04** |
| Account No. <br><br>**Hub City Building** <br>**163 South Idaho** <br>**Wendell, ID 83355** | - | | **2010-11** <br>**Maintenance Materials & Building Supplies** | | | | **2,012.52** |
| Account No. <br><br>**Idaho Udder Health** <br>**901 N. Lincoln** <br>**Jerome, ID 83338** | - | | **October 2010** <br>**Herd Testing** | | | | **9,247.04** |
| Account No. **xx2402** <br><br>**J. R. Simplot Company** <br>**dba Western Stockmen's** <br>**P.O. Box 413058** <br>**Salt Lake City, UT 84141-3058** | - | | **2010** <br>**Purchase of Grain for Cow Feed** | | | | **14,731.32** |

Sheet no. __4__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**83,248.27**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rocha Dairy, LLC**                                                    ,    Case No.    **11-40836**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**JD Heiskel**<br>**PO Box 839**<br>**Wendell, ID 83355** | - | | **2009**<br>**Purchase of Grain for Cow Feed** | | | | 195,353.75 |
| Account No.<br><br>**Jeff Lund**<br>**1446 East 2950 South**<br>**Wendell, ID 83355** | - | | **October 2010**<br>**Corn Silage** | | | | 54,084.20 |
| Account No.<br><br>**Kurt Wiersma Trucking**<br>**352 South 500 West**<br>**Jerome, ID 83338** | - | | **2009**<br>**Hay Purchases** | | | | 102,227.41 |
| Account No.<br><br>**Mary Lou Alves**<br>**517 Travelers Way**<br>**Twin Falls, ID 83301** | - | | **2008**<br>**Equipment Purchase** | | | | 200,000.00 |
| Account No.<br><br>**Nelson Jameson**<br>**P.O. Box 1147**<br>**Marshfield, WI 54449** | - | | **March - May 2011**<br>**Dairy Supplies** | | | | 7,177.89 |

Sheet no. __5__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

558,843.25

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rocha Dairy, LLC**                                      ,     Case No.    **11-40836**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Pat M. Richards, DVM**<br>**1215 East 2000 South**<br>**Bliss, ID 83314** | | - | | **2010-11**<br>**Veterinary Services & Supplies** | | | | 20,600.00 |
| Account No.<br><br>**Paul S. Niehaus DVM**<br>**P.O. Box 286**<br>**Jerome, ID 83338** | | - | | **November 2009**<br>**Veterinary Services & Supplies** | | | | 23,135.10 |
| Account No. xxxx8598<br><br>**PHI Financial**<br>**P.O. Box 660635**<br>**Dallas, TX 75266-0635** | | - | | **September 2010**<br>**Seed Purchases** | | | | 30,972.05 |
| Account No.<br><br>**ProFlame**<br>**138 Bridon Way**<br>**Jerome, ID 83338-6131** | | - | | **2010**<br>**Propane, Parts & Services** | | | | 2,840.19 |
| Account No.<br><br>**Progressive Bovine Supply**<br>**53 East 200 South**<br>**Jerome, ID 83338** | | - | | **2011**<br>**Teat Dip** | | | | 49,573.67 |

Sheet no. **6** of **9** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 127,121.01

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rocha Dairy, LLC**                                          ,   Case No.   **11-40836**
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Progressive Dairy Service and Supplies** <br> **447 Boise Street** <br> **Wendell, ID 83355** | - | | 2011 <br> Repairs | | | | 11,386.33 |
| Account No. <br><br> **Rangen Inc.** <br> **P.O. Box 706** <br> **Buhl, ID 83316-0706** | - | | 2011 <br> Calf Grain | | | | 11,678.36 |
| Account No. <br><br> **Reis Plumbing** <br> **3963 North 2300 East** <br> **Filer, ID 83328** | - | | 2010 <br> Water Heater | | | | 1,923.27 |
| Account No. <br><br> **Reitsma Holsteins** <br> **134 North 100 West** <br> **Jerome, ID 83338** | - | | 2010 <br> Manure Hauling | | | | 2,935.00 |
| Account No. **xx-xocha** <br><br> **Standlee Hay Company** <br> **826 South 1700 East** <br> **Eden, ID 83325** | - | | 2011 <br> Hay Purchases | | | | 49,070.37 |

Sheet no. **7** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **76,993.33**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rocha Dairy, LLC**                                                    , Case No.    **11-40836**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Standley & Co.**<br>**Farmore of Idaho**<br>**P.O. Box 14**<br>**Jerome, ID 83338** | - | | **2010**<br>**Parts & Service Calls for Pivot irrigation system** | | | | 28,253.67 |
| Account No.<br><br>**Valley Co-op**<br>**1833 South Lincoln**<br>**Jerome, ID 83338** | - | | **2009**<br>**Purchase of Supplies, Fuel & Minerals** | | | | 82,839.92 |
| Account No.<br><br>**Van Dyk Truck Parts**<br>**1760 Kimberly Road**<br>**Twin Falls, ID 83301** | - | | **September 2009**<br>**Parts & Repairs** | | | | 16,115.57 |
| Account No.<br><br>**Walco**<br>**P.O. Box 911423**<br>**Dallas, TX 75391-1423** | - | | **2011**<br>**Dairy Supplies** | | | | 25,336.13 |
| Account No.<br><br>**Wendell O.K. Tire**<br>**P.O. Box 115**<br>**Wendell, ID 83355** | - | | **2011**<br>**Tires & Repairs** | | | | 10,311.63 |

Sheet no. **8** of **9** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    162,856.92

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rocha Dairy, LLC**                                              ,      Case No. _____**11-40836**_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Wendell Truck & Auto 356 South Idaho Street Wendell, ID 83355 | - | | 2011 Parts | | | | 1,070.98 |
| Account No.  Western Ag Enterprises, Inc 8121 W. Harrison Avenue Tolleson, AZ 85353-3302 | - | | 2009-2010 Tarps to Cover Corn Silage | | | | 12,948.05 |
| Account No.  Western Truck & Equip LLC Louie Roberts 11 West 300 South Jerome, ID 83338 | - | | 2010 & 2011 Parts & Repairs | | | | 5,599.83 |
| Account No.  Williams, Meservy & Lothspeich, LLP 153 East Main Street Jerome, ID 83338-0168 | - | | 2009 Legal Services | | | | 3,509.40 |
| Account No.  Wolfe Brothers Inc PO Box 398 Grand View, ID 83624 | - | | 2011 Hay | | | | 337,849.19 |

Sheet no. __**9**___ of __**9**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 360,977.45 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 1,791,893.72 |

B6G (Official Form 6G) (12/07)

.

In re    **Rocha Dairy, LLC**                                                                    , Case No. ___**11-40836**___
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Chris & Bernadette Chandler**<br>**3131 South 2050 East**<br>**Wendell, ID 83355** | **Farm Lease**<br>**Nature of Debtor's Interest - Lessor**<br>**Other Parties in Interest - None**<br>**Consideration - $200 per acre for 405 acres**<br>**($81,000 total)**<br>**Term - One (1) year, expires December 1, 2011** |
| **Magic Valley Quality Milk**<br>**   Producers, Inc.**<br>**PO Box 507**<br>**Jerome, ID 83338-0507** | **Fixed Milk Price Agreement**<br>**Nature of Debtor's Interest - Producer**<br>**Other Parties in Interest - None**<br>**Consideration - 50,000 lbs/day of milkat a gross**<br>**    fixed milk price of $1.557 and the balance of**<br>**    daily milk supply priced at existing fixed milk**<br>**    price**<br>**Term - Eleven (11) months, expires 12/31/11** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Rocha Dairy, LLC**                                                                                      Case No.    __11-40836__
_____,
                              Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Elcidio "Al" Rocha, Barbara Rocha, Dennis Coelho and Dolores Coelho** | **D.L. Evans Bank 980 South Lincoln Jerome, ID 83338** |
| **Elcidio "Al" Rocha, Barbara Rocha, Dennis Coelho and Dolores Coelho** | **MetLife - Ag Investments Central Regional Office 10801 Mastin Blvd, Ste 930 Overland Park, KS 66210-2101** |

**0**
____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

### United States Bankruptcy Court
#### District of Idaho

In re  **Rocha Dairy, LLC**

Debtor(s)

Case No.   **11-40836**

Chapter    **11**

# BUSINESS INCOME AND EXPENSES

# SEE ATTACHED PROFIT AND LOSS STATEMENT

# AND CASH FLOW BUDGET

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

1. Gross Income For 12 Months Prior to Filing:                                                   $ _____ 0.00

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

2. Gross Monthly Income                                                                          $ _____ 0.00

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

3. Net Employee Payroll (Other Than Debtor)                                                      $ _____ 0.00

4. Payroll Taxes                                                                                   _____ 0.00

5. Unemployment Taxes                                                                              _____ 0.00

6. Worker's Compensation                                                                           _____ 0.00

7. Other Taxes                                                                                     _____ 0.00

8. Inventory Purchases (Including raw materials)                                                   _____ 0.00

9. Purchase of Feed/Fertilizer/Seed/Spray                                                          _____ 0.00

10. Rent (Other than debtor's principal residence)                                                _____ 0.00

11. Utilities                                                                                      _____ 0.00

12. Office Expenses and Supplies                                                                   _____ 0.00

13. Repairs and Maintenance                                                                        _____ 0.00

14. Vehicle Expenses                                                                               _____ 0.00

15. Travel and Entertainment                                                                       _____ 0.00

16. Equipment Rental and Leases                                                                    _____ 0.00

17. Legal/Accounting/Other Professional Fees                                                       _____ 0.00

18. Insurance                                                                                      _____ 0.00

19. Employee Benefits (e.g., pension, medical, etc.)                                               _____ 0.00

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

DESCRIPTION                                                    TOTAL

21. Other (Specify):

DESCRIPTION                                                    TOTAL

22. Total Monthly Expenses (Add items 3-21)                                                      $ _____ 0.00

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)                                    $ _____ 0.00

11:29 AM
06/16/11
Cash Basis

## ROCHA DAIRY
## Profit & Loss
### May 1, 2010 through May 1, 2011

|  | May 1, '10 - May 1, 11 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Milk Sales | 5,455,598.29 |
| Calves & heifers | 36,507.04 |
| Government Payments | 5,658.78 |
| Patronage Dividend | 3,291.70 |
| **Total Income** | 5,501,055.81 |
| **Expense** | |
| Corn Sileage | 27,278.96 |
| Feed Hay | 706,573.90 |
| Employee | 0.00 |
| Hauling hay | 14,657.33 |
| Hauling Sileage | 14,821.30 |
| Water Shares | 13,675.65 |
| CUSTOM FARMING | 113,905.00 |
| Parts | 695.15 |
| Donation | 3,650.00 |
| Semen | 42,900.85 |
| Employees | 0.00 |
| Feed | |
| Hay | 704,701.25 |
| Grain | 1,860,833.03 |
| Silage | 83,860.73 |
| Feed - Other | 82,107.18 |
| **Total Feed** | 2,731,502.19 |
| Depreciation - Cows | 556,074.00 |
| Payroll Expenses | 611,486.92 |
| Payroll taxes | |
| FICA | 311.12 |
| SUTA | 9,946.65 |
| FUTA | 138.69 |
| **Total Payroll taxes** | 10,396.46 |
| Employee Benefits | 3,997.62 |
| Contract labor | 320.00 |
| Depreciuation - other | 213,153.00 |
| Repairs & maintenance | 127,333.32 |
| Supplies | 295,802.14 |
| Testing & trimming | 46,267.24 |
| Bedding - straw | 19,369.40 |
| Utilities | 115,207.45 |
| Livestock hauling | 6,315.00 |
| Taxes & license | 27,383.92 |
| Fuel & oil | 76,258.95 |
| Miscellaneous | 5,772.25 |
| Veterinary & breeding | 13,533.00 |
| Insruance | |
| Health insurance | 83,837.00 |
| Insruance - Other | 37,681.87 |
| **Total Insruance** | 121,518.87 |
| Legal & accounting | 41,200.00 |
| Interest expense | 6,652.23 |
| Bank Charges | 15,792.88 |
| **Total Expense** | 5,982,894.93 |
| **Net Ordinary Income** | -481,839.12 |
| **Other Income/Expense** | |
| **Other Income** | |
| Interest | -120,221.91 |

11:29 AM

06/16/11

Cash Basis

# ROCHA DAIRY

## Profit & Loss

### May 1, 2010 through May 1, 2011

|  | May 1, '10 - May 1, 11 |
|---|---|
| **Cow Sales** | |
| **Cow Sold** | 83,355.54 |
| **Net cost of sold cows** | 364,092.00 |
| **Cow Sales - Other** | 182,101.29 |
| **Total Cow Sales** | 629,548.83 |
| **Interest Income** | 7.10 |
| **Total Other Income** | 509,334.02 |
| **Net Other Income** | 509,334.02 |
| **Net Income** | 27,494.90 |

ROCHA DAIRY, LLC
CASH FLOW BUDGET FOR THE TWELVE MONTHS ENDING APRIL 30, 2012

| | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH RECEIPTS** | | | | | | | | | | | | |
| Milk Revenue | $486,355 | $546,210 | $584,417 | $584,417 | $591,948 | $611,680 | $591,948 | $611,680 | $611,680 | $552,485 | $611,680 | $591,948 |
| Cull Sales | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 |
| Heifers | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 16,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| Calf Sales | 8,370 | 8,370 | 8,370 | 8,370 | 8,370 | 8,370 | 8,370 | 8,370 | 8,370 | 8,370 | 8,370 | 8,370 |
| **Total Receipts** | 522,225 | 587,080 | 605,287 | 605,287 | 632,818 | 652,550 | 617,818 | 637,550 | 637,550 | 578,355 | 637,650 | 617,818 |
| **CASH DISBURSEMENTS** | | | | | | | | | | | | |
| Feed | 379,596 | 425,723 | 431,613 | 431,613 | 427,518 | 441,769 | 427,518 | 441,769 | 441,769 | 389,017 | 441,769 | 427,518 |
| Wages | 42,336 | 32,130 | 33,201 | 33,201 | 32,886 | 33,982 | 32,886 | 33,982 | 33,982 | 30,694 | 33,982 | 32,886 |
| Payroll Taxes | 4,234 | 3,213 | 3,320 | 3,320 | 3,289 | 3,398 | 3,289 | 3,398 | 3,398 | 3,069 | 3,398 | 3,289 |
| Custom Work | 1,108 | 1,285 | 1,328 | 1,328 | 1,315 | 1,359 | 1,315 | 1,359 | 1,359 | 1,228 | 1,359 | 1,315 |
| Repairs | 8,769 | 9,639 | 9,960 | 9,960 | 9,866 | 10,195 | 9,866 | 10,195 | 10,195 | 9,208 | 10,195 | 9,866 |
| Supplies | 15,183 | 16,708 | 17,285 | 17,285 | 17,101 | 17,671 | 17,101 | 17,671 | 17,671 | 15,961 | 17,671 | 17,101 |
| Vet and Breeding | 6,423 | 7,069 | 7,304 | 7,304 | 7,235 | 7,476 | 7,235 | 7,476 | 7,476 | 6,763 | 7,476 | 7,235 |
| Testing and Trimming | 4,098 | 4,498 | 4,648 | 4,648 | 4,604 | 4,758 | 4,604 | 4,758 | 4,758 | 4,297 | 4,758 | 4,604 |
| BST | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| State Assessment | 11,971 | 13,173 | 13,612 | 13,612 | 13,483 | 13,933 | 13,483 | 13,933 | 13,933 | 12,584 | 13,933 | 13,483 |
| Bedding | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9,515 | 10,534 | 0 |
| Hauling | 1,168 | 1,285 | 1,328 | 1,328 | 1,315 | 1,359 | 1,315 | 1,359 | 1,359 | 1,228 | 1,359 | 1,315 |
| Utilities | 11,679 | 12,852 | 13,280 | 13,280 | 13,154 | 13,593 | 13,164 | 13,593 | 13,593 | 12,277 | 13,593 | 13,154 |
| Fuel and Taxes | 7,299 | 8,033 | 8,300 | 8,300 | 8,222 | 8,496 | 8,222 | 8,496 | 8,496 | 7,673 | 8,496 | 8,222 |
| Professional Fees | 292 | 292 | 292 | 292 | 292 | 292 | 292 | 292 | 292 | 292 | 292 | 292 |
| Insurance | 2,628 | 2,892 | 2,988 | 2,988 | 2,960 | 3,058 | 2,960 | 3,058 | 3,058 | 2,762 | 3,058 | 2,960 |
| Other | 292 | 321 | 332 | 332 | 329 | 340 | 329 | 340 | 340 | 307 | 340 | 329 |
| **Total Disbursements** | 497,085 | 539,112 | 548,772 | 548,772 | 543,569 | 561,678 | 553,763 | 572,212 | 572,212 | 516,865 | 572,212 | 543,569 |
| **Excess (Deficit)** | 25,140 | 47,968 | 56,515 | 56,515 | 89,249 | 90,872 | 64,055 | 65,337 | 65,337 | 61,490 | 65,337 | 74,249 |
| **DEBT SERVICE, MEMBER DRAWS AND CAPITAL EXPENDITURES** | | | | | | | | | | | | |
| Long-term Debt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Feed Loan Interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Herd Loan Interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cow Purchases | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Partner withdrawal | | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Payment extra – old | 0 | | | | | | | | | | | |
| **Subtotal** | 0 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Increase (Decrease) In Cash | 25,140 | 43,968 | 52,515 | 52,515 | 85,249 | 86,872 | 60,055 | 61,337 | 61,337 | 57,490 | 61,337 | 70,249 |
| Beginning Cash | 1,000 | 26,140 | 70,108 | 122,622 | 175,137 | 260,386 | 347,258 | 407,313 | 468,650 | 529,987 | 587,477 | 648,814 |
| **Ending Cash** | $26,140 | $70,108 | $122,622 | $175,137 | $260,386 | $347,258 | $407,313 | $468,650 | $529,987 | $587,477 | $648,814 | $719,063 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Idaho

In re   **Rocha Dairy, LLC**                                         Case No.   **11-40836**
                                      Debtor(s)               Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**27**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June 21, 2011**                        Signature   **/s/ Elcidio Rocha**
                                                          **Elcidio Rocha**
                                                          **Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Idaho

In re    **Rocha Dairy, LLC**                                    Case No.    **11-40836**
_____                Chapter    **11**
                            Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2011 YTD: Debtor Rocha Farms - Rental Dairy Facilities** |
| **$311,906.00** | **2010: Debtor Rocha Farms - Rental Dairy Facilities** |
| **$0.00** | **2009: Debtor Rocha Farms - Rental Dairy Facilities** |
| **$2,243,152.69** | **2011 YTD: Debtor Rocha Dairy, LLC - Dairy Operation** |
| **$6,500,019.00** | **2010: Debtor Rocha Dairy, LLC - Dairy Operation** |
| **$5,747,092.00** | **2009: Debtor Rocha Dairy, LLC - Dairy Operation** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|          AMOUNT          |          SOURCE          |
|---|---|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **SEE ATTACHED LIST** | | **$0.00** | **$0.00** |

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **J.D. Heiskell Holdings v. Elcidio & Barbara Rocha & Rocha Dairy, LLC Case No. CV 2011-000098** | **Collection** | **Fifth District Court, Gooding County, Idaho** | **Stipulated Judgment entered** |
| **Gary Eldredge v. Elcidio "Al" Rocha, et ux, dba Rocha Dairy, LLC Case No. CV 09-4499** | **Collection** | **Fifth District Court, Twin Falls County, Idaho** | **Stipulation for payment filed - case still pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Wolfe Brothers, Inc. v. Rocha Dairy, et al Case No. CV 11-135** | **Collection** | **Fifth District Court, Gooding County, Idaho** | **Discovery in progress** |

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Brent T. Robinson**<br>**Robinson, Anthon & Tribe**<br>**P.O. Box 396**<br>**Rupert, ID 83350-0396** | **May 16, 2011** | **$15,000 - Bankruptcy Retainer** |

**10. Other transfers**

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

5

### 14.  Property held for another person

None ■   List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

### 15.  Prior address of debtor

None ■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                              DATES OF OCCUPANCY

### 16. Spouses and Former Spouses

None ■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Rocha Dairy, LLC** | 26-4788781 | aka Rocha Farms<br>**3164 South 2050 East<br>Wendell, ID 83355** | **Dairy and Farming** | **April 30, 2009 to date** |
| **Rocha Farms, a Partnership** | 95-2331974 | **3164 South 2050 East<br>Wendell, ID 83355** | **Dairy and Farming** | **September 25, 2002 -<br>April 30, 2009** |
| **Old Rocha Dairy, LLC** | None | **3164A South 2050 East<br>Wendell, ID 83355** | **Dairy and Farming** | **July 16, 2007 -<br>October 7, 2008** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Barbara Rocha** | **From 1989 to date** |
| **Marilee D. Allison, CPA<br>Cooper Norman<br>PO Box 5399<br>Twin Falls, ID 83303-5399** | **From 2005 to May 2011** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

7

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

#### 20. Inventories

None
☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| February 1, 2011 | Randy Andrus and Doug Haynes | $317,800 Market Basis |
| December 15, 2010 | Randy Andrus and Doug Haynes | $417,060 Market Basis |

None
☐   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| February 1, 2011 | D. L. Evans Bank 980 South Lincoln Jerome, ID 83338 |
| December 15, 2010 | D. L. Evans Bank 980 South Lincoln Jerome, ID 83338 |

#### 21 . Current Partners, Officers, Directors and Shareholders

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Elcidio Rocha 3164-A South 2050 East Wendell, ID 83355 | Member | 25% ownership interest |
| Barbara Rocha 3164-A South 2050 East Wendell, ID 83355 | Member | 25% ownership interest |
| Dennis Coelho 3164-B South 2050 East Wendell, ID 83355 | Member | 25% ownership interest |

8

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Dolores Coelho**<br>**3164-B South 2050 East**<br>**Wendell, ID 83355** | **Member** | **25% ownership interest** |

---

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **June 21, 2011**                    Signature    **/s/ Elcidio Rocha**
                                                          **Elcidio Rocha**
                                                          **Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**Payments to Creditors   March May 2011**

| | |
|---|---|
| Chandler Custom Farming | $5481.00 |
| CNH Capital | 969.46 |
| Cooper Norman | 2,800.00 |
| Dicks Dairy Supply | 2,000.00 |
| Doug Suter | 2,000.00 |
| Evans Grain | 25,000.00 |
| Farm Plan | 845.18 |
| Idaho Udder Health | 3,010.01 |
| J D Heiskell & Co. | 284,117.54 |
| Kurt Wiersma | 10,000.00 |
| Nelson/Jameson | 5,110.72 |
| Pat Richards PA | 2,423.25 |
| PHI Financial Service | 2,500.00 |
| Progressive Dairy Service | 6,500.00 |
| Progressive Bovine Supply | 4,060.11 |
| Rangen, Inc. | 13,681.77 |
| Regence Blue Shield | 10,785.00 |

# United States Bankruptcy Court
## District of Idaho

In re      **Rocha Dairy, LLC**

_____,
                    Debtor

Case No. _____**11-40836**_____

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Barbara Rocha<br>3164-A South 2050 East<br>Wendell, ID 83355** | | | **25% ownership<br>interest** |
| **Dennis M. Coelho<br>3164-B South 2050 East<br>Wendell, ID 83355** | | | **25% ownership<br>interest** |
| **Dolores Coelho<br>3164-B South 2050 East<br>Wendell, ID 83355** | | | **25% ownership<br>interest** |
| **Elcidio "Al" Rocha<br>3164-A South 2050 East<br>Wendell, ID 83355** | | | **25% ownership<br>interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**June 21, 2011**_____          Signature  **/s/ Elcidio Rocha**_____
                                                        **Elcidio Rocha**
                                                        **Member**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__**0**__  continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Idaho

In re   **Rocha Dairy, LLC**

Debtor(s)

Case No.   **11-40836**

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Rocha Dairy, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 21, 2011**

Date

**/s/ Brent T. Robinson**

**Brent T. Robinson**

Signature of Attorney or Litigant

Counsel for   **Rocha Dairy, LLC**

**Robinson, Anthon & Tribe**

**615 H Street**
**P.O. Box 396**
**Rupert, ID 83350-0396**
**(208) 436-4717 Fax:(208) 436-6804**

# United States Bankruptcy Court
## District of Idaho

In re    **Rocha Dairy, LLC**

Debtor

Case No.    **11-40836**

Chapter    **11**

# DECLARATION OF COMPLIANCE WITH RULE 9009

The undersigned is the attorney for the debtor in this case.

The undersigned declares under penalty of perjury that the Schedules and Forms filed in this case for the debtor were computer generated using *Best Case Bankruptcy* and conform with those prescribed by Bankruptcy Rule 9009.

Date    **June 21, 2011**

**/s/ Brent T. Robinson 1932**

Signature of attorney
**Brent T. Robinson 1932**
**Robinson, Anthon & Tribe**
**615 H Street**
**P.O. Box 396**
**Rupert, ID 83350-0396**
**(208) 436-4717**