1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

David F. Shirley
PARSONS, SMITH, STONE, LOVELAND & SHIRLEY, LLP
137 West 13th Street
P.O. Box 910
Burley, Idaho  83318
(208) 878-8382
(208) 878-0146 - fax
Idaho State Bar #5834
Attorneys for Evans Grain & Elevator, Co.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

---

In Re:                                    )    Case No. 11-40836 - JDP
                                          )    Chapter 11
                                          )
ROCHA DAIRY, LLC, aka                     )
ROCHA FARMS,                              )
                                          )
            Debtor.                       )
                                          )
                                          )
                                          )
                                          )

---

**AMENDED MOTION AND NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC**

**STAY, SURRENDER OF COLLATERAL & WAIVER OF F.R.B.P. 4001 (a)(3)**

## INTRODUCTION

COMES NOW, Evans Grain & Elevator, Co. ("Evans Grain"), a party in interest, pursuant to

11 U.S.C. §362(d)(2); Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001.2 and alleges as

PARSONS, SMITH, STONE, LOVELAND & SHIRLEY, LLP
LAWYERS
BURLEY, IDAHO

follows:

## PARTIES IN INTEREST

Evans Grain is, and at all times mentioned herein was, a corporation of the State of Utah having its address at 1168 East 4800 South, Ogden, Utah 84403. Evans Grain is authorized to do business in the State of Idaho.

Debtor, Rocha Dairy, LLC, aka Rocha Farms, is an Idaho LLC who filed its petition for protection under Chapter 11 on May 25, 2011.

Evans Grain filed a complaint against Rocha Dairy, a partnership; Ida C. Rocha; Elcidio "Al" Rocha; Barbara Rocha; Dennis Coelho; and Dolores M. Coelho, on May 26, 2011. A copy of the Complaint is attached hereto as Exhibit "A" and by this reference made a part hereof. None of the Defendants described in the Complaint have filed for bankruptcy protection.

On June 10, 2011, counsel for Evans Grain received a letter from Brent Robinson, attorney for Rocha Dairy, LLC, asserting that the action described in the Complaint would be stayed with respect to any proceedings and that the matter needed to be decided in Bankruptcy Court. A copy of the letter from Brent Robinson is attached hereto as Exhibit "B." Evans Grain has filed this motion for relief from the automatic stay in an abundance of caution, although it does not appear that the bankruptcy proceedings would stay the state action filed by Evans Grain.

## RELIEF

Evans Grain moves this Court for an order determining that the automatic stay does not apply to Evans Grain, or in the alternative, to terminate the automatic stay as it would apply to Evans Grain and to allow Evans Grain to proceed with and complete its state action and any and all contractual, common law, and statutory remedies that it may have against the Defendants named in the Complaint.

PARSONS, SMITH, STONE, LOVELAND & SHIRLEY, LLP
LAWYERS
BURLEY, IDAHO

## DESCRIPTION OF PARTIES AND THIRD PARTIES

1.      Evans Grain & Elevator Co., is, and at all times mentioned herein was, a corporation in the State of Utah having its address at 1168 East 4800 South, Ogden, Utah 84403. Evans Grain is authorized to do business in the State of Idaho.

2.      Rocha Dairy, LLC, is a limited liability company formed under the laws of the State of Idaho, having its address at 3164 A South 2050 East, Wendell, Idaho 83355.  The Articles of Organization of Rocha Dairy, LLC, were filed April 30, 2009.  Attached hereto is a copy of the Certificate of Organization Limited Liability Company as Exhibit "C."  On May 24, 2011, one day before the Petition for Bankruptcy was filed by Rocha Dairy, LLC., Rocha Dairy, LLC, filed a Statement of Merger purporting to merge Rocha Dairy, LLC, with some other entity named "Rocha Farms, a general partnership."  A copy of the Statement of Merger is attached hereto as Exhibit "D."

3.      Rocha Dairy is a general partnership organized under the laws of the State of Idaho.  A statement of partnership authority for Rocha Dairy was filed on September 25, 2002 with the office of the Secretary of the State of Idaho.  A copy of the Statement of Partnership Authority is attached hereto as Exhibit "E."

A Statement of Amendment of Partnership Name was filed by Rocha Dairy on July 16, 2007. A copy of the Statement of Amendment of Partnership Name is attached hereto as Exhibit "F."

A Second Statement of Amendment of Partnership Name was filed by Rocha Farms on October 26, 2007.  A copy of the Second Statement of Amendment of Partnership Name is attached hereto as Exhibit "G."

A Statement of Dissolution of Rocha Dairy, a partnership, was filed with the Idaho Secretary of State's office on April 30, 2009.  A copy of the Statement of Dissolution is attached hereto as Exhibit "H."

PARSONS, SMITH, STONE, LOVELAND & SHIRLEY, LLP
LAWYERS
BURLEY, IDAHO

4. <u>Rocha Farms, a general partnership.</u>  The Statement of Merger described above purports to have merged Rocha Farms, a general partnership, with Rocha Dairy, LLC. Evans Grain is unaware of any entity named "Rocha Farms."  Although it appears that Rocha Dairy, a general partnership, used the name of "Rocha Farms" from July 16, 2007 until October 26, 2007, Evans Grain was never given notice of any attempt to change names and in any event, Evans Grain's action is for contracts held between Evans Grain and Rocha Dairy, a general partnership in the year 2010 and 2011. Evans Grain is unaware of any entity named Rocha Farms which may or may not have merged with Rocha Dairy, LLC, one day before the Petition for Bankruptcy was filed.

5. Each of the individual Defendants named in the Complaint filed in state court were partners of Rocha Dairy, a partnership, during the contract terms between Evans Grain and Rocha Dairy. Evans Grain has learned that Ida C. Rocha is now deceased.

## <u>GROUNDS FOR ISSUING ORDER FOR RELIEF FROM STAY</u>

The debt owed to Evans Grain by the Defendants named in the Complaint were all incurred in the year 2010 and 2011. The debts were incurred under an account agreement between Rocha Dairy and Evans Grain. A copy of an account agreement is attached hereto as Exhibit "I." Pursuant to the agreement, all the partners personally guaranteed the account.  No account or contract existed between Evans Grain and Rocha Dairy, LLC or Rocha Farms.  Because Rocha Dairy, a general partnership has not declared bankruptcy and appear to be winding up business following their Statement of Dissolution, Evans Grain should not be stayed from continuing to pursue its claim in state court against Rocha Dairy, the general partnership, and each of its partners.  There appears to be no authority that would support the Debtor's conclusion that Evans Grain & Elevator Co., would be stayed from doing so simply because an entirely different entity, Rocha Dairy, LLC, filed a Petition for Bankruptcy.

PARSONS, SMITH, STONE, LOVELAND & SHIRLEY, LLP
LAWYERS
BURLEY, IDAHO

**CONCLUSION**

THEREFORE, Evans Grain, as a protective measure, and in an abundance of caution, requests this Court enter an order determining that the automatic stay does not apply to Evans Grain or in the alternative that that the automatic stay is lifted as it pertains to Evans Grain and that Evans Grain may proceed and complete its state action against the Defendants described in the Complaint.

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

TO: DEBTOR(S) AND ALL AFFECTED PARTIES IN INTEREST

PLEASE TAKE NOTICE that Evans Grain has filed its Motion to Remove Automatic Stay with the Court pursuant to 11 U.S.C. 362(d), and Rule 4001 of the Bankruptcy Rules, requesting the Court to remove the automatic stay of 11 U.S.C. 362 as against Evans Grain.

You are further advised that pursuant to Local Rule 4001.2, any party in interest opposing this motion must file and serve an objection hereto not later than seventeen (17) days after the date of service of the motion. The objection shall specifically identify those matters contained in the motion that are at issue and any other basis for opposition to the motion. Absent the filing of a timely objection, the Court may grant the relief sought without a hearing.

1. Objections. If an objection is filed to this motion for stay relief, the objection shall be served upon the moving party and upon all parties receiving service of the motion.

2. Hearings. Any party opposing this motion shall contact the court's calendar clerk to schedule a preliminary hearing. At the time of filing of the objection to this motion, the objecting party shall file and serve such notice of hearing.

3. An objection without a properly noticed and timely conducted hearing will be ineffective to prevent automatic relief under §362(e).

Title 11, U.S.C. §362(e), provides as follows:

AMENDED MOTION AND NOTICE OF MOTION FOR
RELIEF FROM AUTOMATIC STAY & WAIVER
OF F.R.B.P. 4001 (a)(3) – Page 5

Thirty days after a request under subsection (d) of this section for relief from the stay of any act against property of the estate under subsection (a) of this section, such stay is terminated with respect to the party in interest making such request, unless the court, after notice and a hearing, orders such stay continued in effect pending the conclusion of, or as a result of, a final hearing and determination under subsection (d) of this section. A hearing under this subsection may be a preliminary hearing, or may be consolidated with the final hearing under subsection (d) of this section. The court shall order such stay continued in effect pending the conclusion of the final hearing under subsection (d) of this section if there is a reasonable likelihood that the party opposing relief from such stay will prevail at the conclusion of such final hearing. If the hearing under this subsection is a preliminary hearing, then such final hearing shall be concluded not later than thirty days after the conclusion of such preliminary hearing, unless the thirty (30) day period is extended with the consent of the parties in interest or for a specific time which the court finds is required by compelling circumstances.

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of this AMENDED MOTION AND NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY & WAIVER OF F.R.B.P. 4001(a)(3) on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing.

- Kevin C Braley    kbraley@hollandhart.com, boiseintakeTeam@hollandhart.com;jlnewsom@hollandhart.com

- Robert A Faucher    rfaucher@hollandhart.com, boiseintaketeam@hollandhart.com;ntpratt@hollandhart.com

- David Allen Heida    dheida@capitollawgroup.net, vpavkov@capitollawgroup.net

- R Ron Kerl    Ron@cooper-larsen.com, jamieb@cooper-larsen.com

- Mary P Kimmel    ustp.region18.bs.ecf@usdoj.gov

- Lance A Loveland    love9593@pmt.org

- Patrick William McNulty    pwmcnulty@hollandhart.com, ntpratt@hollandhart.com;boiseintaketeam@hollandhart.com

PARSONS, SMITH, STONE, LOVELAND & SHIRLEY, LLP
LAWYERS
BURLEY, IDAHO

- Brent T Robinson    btr@idlawfirm.com, cb@idlawfirm.com

- US Trustee    ustp.region18.bs.ecf@usdoj.gov

Additionally, a copy of the foregoing was served on the following parties by first class mail, postage prepaid, addressed to:

**Rocha Dairy, LLC**
3164 South 2050 East
Wendell, ID 83355

DATED this 30 day of June, 2011.

PARSONS, SMITH, STONE, LOVELAND
& SHIRLEY, LLP

David F. Shirley
Attorney for Evans Grain
P.O. Box 910
Burley, ID 83318

PARSONS, SMITH, STONE, LOVELAND & SHIRLEY, LLP
LAWYERS
BURLEY, IDAHO

AMENDED MOTION AND NOTICE OF MOTION FOR
RELIEF FROM AUTOMATIC STAY & WAIVER
OF F.R.B.P. 4001 (a)(3) – Page 7

FILED

2011 MAY 27  PM 4:23

David F. Shirley
PARSONS, SMITH, STONE, LOVELAND & SHIRLEY, LLP
137 West 13th Street
P.O. Box 910
Burley, Idaho  83318
(208) 878-8382
(208) 878-0146 - fax
Idaho State Bar #5834
Attorneys for Evans Grain & Elevator Co.

IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF

THE STATE OF IDAHO, IN AND FOR THE COUNTY OF CASSIA

------------------------------------------------------------

EVANS GRAIN & ELEVATOR CO.,        )   Case No.  CV 2011-551
an Idaho Corporation, dba EVANS    )   Fee Cat. A-1 $88.00
MINERAL & NUTRITION and,           )
dba EVANS GRAIN FEED & SEED CO.,   )
                                   )
          Plaintiff,               )
                                   )
vs.                                )   COMPLAINT
                                   )
ROCHA DAIRY, a partnership;        )
IDA C. ROCHA; ELCIDIO "Al" ROCHA;  )
BARBARA ROCHA; DENNIS COELHO;      )
and DOLORES M. COELHO.             )
                                   )
          Defendants.              )

------------------------------------------------------------

COMES NOW, the Plaintiff, and for its cause of action alleges:

COUNT I (Debt owed to Evans Grain, Feed & Seed Co.)

1.      Plaintiff is, and at all times mentioned herein was, a corporation of the State of

Utah having its address at 1168 East 4800 South, Ogden, Utah 84403. Plaintiff is authorized to do

COMPLAINT - Page 1

EXHIBIT ___A___1-4

business in the State of Idaho.

2.      Defendant, Rocha Dairy, is a partnership under the laws of the State of Idaho having its address at 3164 South 2050 East, Wendell, Idaho 83355

3.      Defendants Ida C. Rocha, Elcidio "Al" Rocha, Barbara Rocha, Dennis Coelho, and Dolores M. Coelho, are and at all times mentioned herein were residents of the State of Idaho.

4.      On or about the 17th Day of April, 1996, Defendant, Rocha Dairy, entered into an account agreement with Plaintiff. A fair and accurate copy of the account agreement is attached hereto as Exhibit "A" and by this reference made a part hereof. The account agreement was executed and delivered to Plaintiff in the State of Idaho.

5.      Defendants, Ida C. Rocha, Elcidio "Al" Rocha, Barbara Rocha, Dennis Coelho, and Dolores M. Coelho are each partners of Defendant, Rocha Dairy

6.      Defendants are in Default on the account agreement described on Exhibit "A".

7.      Plaintiff, doing business as Evans Grain Feed & Seed Co. sold various commodities to Defendants from time to time as described on the Accounts Receivable Account Aging Report. A true and accurate copy of said report is attached hereto as Exhibit "B" and by this reference made a part hereof.

8.      Defendants have failed to make timely payments for the commodities purchased and therefore are in default and the account of Defendants is delinquent.

9.      As of May 24, 2011 Defendants owe to Plaintiff, Evans Grain and Elevator Co., dba Evans Grain Feed and Seed Co. the sum of $157,740.61 for the commodities purchased described on Exhibit "B". The obligation and the account described on Exhibit "B" continue to accrue interest in the amount of $76.8425 per day from May 24, 2011.

10.     Under the terms and provisions of the account agreement described above, Defendants have agreed that should action be brought to enforce the terms of said agreement,

COMPLAINT - Page 2

PARSONS, SMITH & STONE, LLP
LAWYERS
BURLEY, IDAHO

Defendants would pay costs and attorney fees. It has become necessary for Plaintiff to institute this action to collect said obligation and Plaintiff has incurred and paid costs in collection of said obligation, and in addition, Plaintiff has incurred an obligation to pay reasonable attorney fees. In the event of Default, a reasonable sum of attorney's fees for the above-described obligation is the amount of $10,000.

COUNT II (Debt owed to Evans Mineral & Nutrition)

11.     Plaintiff hereby re-alleges all allegations set forth in Paragraph 1-10 above.

12.     Defendants purchased commodities from Plaintiff, Evans Grain and Elevator Co., dba Evans Mineral & Nutrition, from time to time as described on Exhibit "C", attached hereto and by this reference made apart hereof.

13.     Defendants have failed to make timely payments for the commodities purchased Described on Exhibit "C" above.

14.     As a result of Defendants failure to make timely payments, Defendants are in default and Defendants account with plaintiff is delinquent.

15.     As of May 24, 2011, Defendants owe to Plaintiff jointly and severally for the commodities purchased from Evans Grain & Elevator Co., dba Evans Mineral & Nutrition Co. described on Exhibit C, the amount of $94,921.16. This obligation continues to accrue interest in the amount of $46.24 per day from May 24, 2011.

16.     Under the terms and provisions of the agreement described above, Defendants agreed that should action be brought to enforce the terms of said agreement, Defendant would pay cost and attorney fees. It has become necessary for Plaintiff to institute this action to collect said obligation and Plaintiff has incurred and paid costs in collection of said obligation, and in addition Plaintiff has incurred an obligation to pay reasonable attorney fees. In the event of default a reasonable sum of attorney fees is the amount of $10,000.

COMPLAINT - Page 3

PARSONS, SMITH & STONE, LLP
LAWYERS
BURLEY, IDAHO

WHEREFORE, Plaintiff prays judgment enter in its behalf and against the Defendants jointly and severally, as follows:

    i.   For judgment against the Defendants, jointly and severally, in the amount of $252,661.77 as of May 24, 2011, with interest thereon at the rate of $123.083 per day from May 24, 2011;

   ii.   For attorney fees in a reasonable sum, which in the event of default, should be the sum of $20,000;

  iii.   For Plaintiffs costs of suit incurred herein;

  iv.   For such other and further relief as the court may deem just and proper.

DATED this 26 day of May, 2011.

PARSONS, SMITH, STONE, LOVELAND
& SHIRLEY, LLP

David F. Shirley
P.O. Box 910
Burley Idaho 83318
Attorney for Plaintiff

PARSONS, SMITH & STONE, LLP
LAWYERS
BURLEY, IDAHO

COMPLAINT - Page 4



# ACCOUNT AGREEMENT

P.O Box 777
Burley, Idaho 83318
Phone (208) 677-2179
FAX (208) 678-2290

_Rocha Dairy_, the "Buyer," enters into the following agreement with Evans Grain Feed and Seed Company, "Evans". The terms of this agreement shall control all purchases by the Buyer from Evans.

1. **PAYMENT TERMS:** Each invoice is due and payable upon receipt.
2. **DELINQUENT ACCOUNTS:** An account is delinquent when any balance is not paid within 30 days of invoice.
3. **ACCELERATION:** At any time the account exceeds the agreed credit limit or the account is delinquent, all amounts owing under the contract shall be immediately due and payable and be subject to a finance charge.
4. **FINANCE CHARGE:** Delinquent accounts shall incur a finance charge of 1½% per month, an annual percentage rate of 18%. All payments shall be first applied to accrued finance charges with the balance applied to the oldest unpaid invoice.
5. **SUSPENSION OF DELIVERIES:** Evans shall have the right, at its election, to suspend deliveries upon outstanding contracts during any period of time the account is delinquent.
6. **CONFIRMATION:** Evans shall send a Sales Contract to the Buyer, confirming each purchase, the terms of which shall constitute the contract between the parties unless the Buyer serves written objection to the terms within ten (10) days.
7. **MERCHANT:** The Buyer warrants that all purchases made under the terms of this agreement shall be for commercial purposes and that the Buyer is a merchant with respect to the types of goods which will be purchased.
8. **SECURITY AGREEMENT AND POWER:** Evans is granted a security interest in all goods sold under this agreement, the products and proceeds of such goods, all livestock owned by Buyer and their progeny, products, proceeds and milk. The Buyer appoints John Evans or any employee of Evans to act as the Buyers attorney-in-fact in executing any financing statements or other documents necessary to perfect the security interest.
9. **DEFAULT:** Any breach of the terms of this agreement including failure to pay delinquent accounts in full shall be a default. Upon default the non-defaulting party may proceed, without notice, to pursue all lawful remedies.
10. **COLLECTION COSTS:** In the event of default, the defaulting party shall be obligated to pay all costs of collection, including any attorneys fees reasonably incurred.
11. **PERSONAL GUARANTEES:** In the event the Buyer is a corporation, partnership or trust, all shareholder-partners-beneficiaries shall personally guarantee this account. Signing this agreement shall constitute such guarantee even if designated in a representative capacity.
12. **TERMINATION:** Evans shall be entitled to terminate the Buyer's right to purchase at any time without cause. Upon termination, the terms of this agreement shall continue to apply to any unpaid accounts.
13. **ENTIRE AGREEMENT:** This agreement is the entire agreement of the parties intended to be the final expression of its terms. All prior negotiations are incorporated herein. Any amendment or modification or supplement to this agreement shall be by a signed writing. The terms of any Sale Contract confirming a purchase by the Buyer shall supplement the provisions of this Agreement.
14. **ACCOUNT CONDITION:** Evans hereby agrees to open this account on the following basis;
    [   ] Open Account, Credit Limit $ _____
    
    [   ] Other _____
    
    **NOTICE:** Pursuant to Idaho Code § 9-505(5) a promise or commitment to lend money or to grant or extend credit in an original principal amount of $50,000 or more is valid only if in writing signed by the party charged or his agent.
15. **APPLICABLE LAW, VENUE AND JURISDICTION:** This agreement shall be governed by the law of the State of Idaho. Buyer agrees to be subject to personal jurisdiction by Idaho courts and that venue be in Cassia County, Idaho.

Dated this _17_ day of _April_, 19_96_.   _Rocha Dairy Eleidio Al Rocha_
                                                              Buyer

_Thanks al._

By X _Eleidio Al Rocha_
                Buyer's Signature

EVANS GRAIN FEED AND SEED COMPANY, "EVANS"
_678- 7777_

Address _3164 S. 1050 E._
_Wendell, Idaho 83355_
Phone _208- 536-6786_

EXHIBIT _A_   TO COMPLAINT

A C C O U N T S   R E C E I V A B L E   A C C O U N T   A G I N G   R E P O R T   as of: 05/24/2011   Page #: 1
Division:   for: EVANS GRAIN, FEED AND SEED COMPANY
Printed: May 24, 2011 12:28:38 P

| Invoice Date | Invoice# | Invoice Description | Ship# | FA# | Total | Amount Received | Total DUE | Ant | Current-30 Days | 31-45 Days | 46-60 Days | 0-61 days and Over | Entry Date | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AL ROCHA DAIRY | | | #:B153 | P# 208-536-6786 | | | | | | | | CrLmt: 0 | | |
| *10/21/10 | 1262654 | MILLRUN | 327246 | 1X4000 | 5250.42 | 5250.42 | Tran: 0 | | Pmt$ | 16700.00 on:03/03/11 | | 10/21/10 | 10/21/10 | 0.0000 |
| | | PAYMENT Date: 03/03/11 Chk #: 85292 | | | | | | | | | | | | |
| 10/21/10 | 1262745 | CANOLA MEAL | 327334 | 1X4000 | 8306.20 | 7986.07 | 7986.07 | 320.13 | 320.13 | | | 320.13 | 10/21/10 | 0.0000 |
| | | PAYMENT Date: 03/03/11 Chk #: 85292 | | | | | | | | | | | | |
| 10/27/10 | 1265156 | PRIME WHOLE COTT | 327739 | 1X4000 | 8960.90 | | | 8960.90 | | | | 8960.90 | 10/27/10 | 0.0000 |
| 10/27/10 | 1265159 | CANOLA MEAL | 327742 | 1X4000 | 6205.15 | | | 6205.15 | | | | 6205.15 | 10/27/10 | 0.0000 |
| 10/28/10 | 1265162 | COTTONSEED EXTEN | 327765 | 1X4000 | 7298.26 | | | 7298.26 | | | | 7298.26 | 10/28/10 | 0.0000 |
| 10/28/10 | 1265173 | MILLRUN | 327817 | 1X4000 | 4361.81 | | | 4361.81 | | | | 4361.81 | 10/28/10 | 0.0000 |
| 11/01/10 | 1099999999 | FIN. CHARGE ON | 0 | 1X4950 | 451.61 | 451.61 | 451.61 | | | | | | 11/01/10 | 0.0000 |
| | | PAYMENT Date: 03/03/11 Chk #: 85292 | | | | | | | | | | | | |
| 11/05/10 | 1265786 | COTTONSEED EXTEN | 328390 | 1X4000 | 2310.72 | | | 2310.72 | | | | 2310.72 | 11/05/10 | 0.0000 |
| 11/08/10 | 1265815 | CANOLA MEAL | 328418 | 1X4000 | 9627.16 | | | 9627.16 | | | | 9627.16 | 11/08/10 | 0.0000 |
| 11/10/10 | 1265958 | MILLRUN | 328581 | 1X4000 | 4526.43 | | | 4526.43 | | | | 4526.43 | 11/10/10 | 0.0000 |
| 11/10/10 | 1265969 | MILLRUN | 328595 | 1X4000 | 4601.01 | | | 4601.01 | | | | 4601.01 | 11/10/10 | 0.0000 |
| 11/15/10 | 1264265 | PRIME WHOLE COTT | 328880 | 1X4000 | 7199.92 | | | 7199.92 | | | | 7199.92 | 11/15/10 | 0.0000 |
| 11/17/10 | 1264301 | MILLRUN | 329035 | 1X4000 | 4244.51 | | | 4244.51 | | | | 4244.51 | 11/17/10 | 0.0000 |
| 11/19/10 | 1264361 | MILLRUN | 329251 | 1X4000 | 7404.31 | | | 7404.31 | | | | 7404.31 | 11/19/10 | 0.0000 |
| 11/24/10 | 1264622 | CANOLA MEAL | 329458 | 1X4000 | 4895.40 | | | 4895.40 | | | | 4895.40 | 11/24/10 | 0.0000 |
| 12/01/10 | 1099999999 | FIN. CHARGE ON | 0 | 1X4950 | 353.82 | 353.82 | 353.82 | | | | | | 12/01/10 | 0.0000 |
| | | PAYMENT Date: 03/03/11 Chk #: 85292 | | | | | | | | | | | | |
| 12/02/10 | 1265209 | CANOLA MEAL | 329843 | 1X4000 | 7155.46 | | | 7155.46 | | | | 7155.46 | 12/02/10 | 0.0000 |
| 12/06/10 | 1265332 | CANOLA MEAL | 329973 | 1X4000 | 7778.35 | | | 7778.35 | | | | 7778.35 | 12/06/10 | 0.0000 |
| 12/06/10 | 1265343 | MILLRUN | 329982 | 1X4000 | 4784.19 | | | 4784.19 | | | | 4784.19 | 12/06/10 | 0.0000 |
| 12/10/10 | 1265572 | CANOLA MEAL | 330287 | 1X4000 | 8297.05 | | | 8297.05 | | | | 8297.05 | 12/10/10 | 0.0000 |
| 12/17/10 | 1265981 | MILLRUN | 330660 | 1X4000 | 5016.00 | | | 5016.00 | | | | 5016.00 | 12/17/10 | 0.0000 |
| 12/22/10 | 1266235 | CANOLA MEAL | 330965 | 1X4000 | 6502.50 | | | 6502.50 | | | | 6502.50 | 12/22/10 | 0.0000 |
| 12/30/10 | 1266603 | CANOLA MEAL | 331404 | 1X4000 | 6364.35 | | | 6364.35 | | | | 6364.35 | 12/30/10 | 0.0000 |
| 12/31/10 | 1267041 | CANOLA MEAL | 331753 | 1X4000 | 5274.83 | | | 5274.83 | | | | 5274.83 | 12/31/10 | 0.0000 |
| 12/31/10 | 1099999999 | FIN. CHARGE ON | 0 | 1X4950 | 970.06 | 970.06 | 970.06 | | | | | | 12/31/10 | 0.0000 |
| | | PAYMENT Date: 03/03/11 Chk #: 85292 | | | | | | | | | | | | |
| 01/14/11 | 1267345 | CANOLA MEAL | 332071 | 1X4000 | 9240.16 | | | 9240.16 | | | | 9240.16 | 01/14/11 | 0.0000 |
| 01/25/11 | 1267774 | CANOLA MEAL | 332557 | 1X4000 | 8713.50 | | | 8713.50 | | | | 8713.50 | 01/25/11 | 0.0000 |
| 01/28/11 | 1268124 | PRIME WHOLE COTT | 332862 | 1X4000 | 6972.00 | | | 6972.00 | | | | 6972.00 | 01/28/11 | 0.0000 |
| 02/01/11 | 1199999999 | FIN. CHARGE ON | 0 | 1X4950 | 1504.68 | | | 1504.68 | | | | 1504.68 | 02/01/11 | 0.0000 |
| 02/01/11 | 1199999999 | FIN. CHARGE ON | 0 | 1X4950 | 1826.52 | | | 1826.52 | | | | 1826.52 | 03/01/11 | 0.0000 |
| 04/01/11 | 1199999999 | FIN. CHARGE ON | 0 | 1X4950 | 2170.84 | | | 2170.84 | | | 2170.84 | | 04/01/11 | 0.0000 |
| 05/02/11 | 1199999999 | FIN. CHARGE ON | 0 | 1X4950 | 2263.40 | | | 2263.40 | 2263.40 | | | | 05/02/11 | 0.0000 |

Company Totals:   155,819.54   2,263.40   2,263.40   2,170.84   151,385.30

EXHIBIT B pages 1-2 TO complaint

A C C O U N T S     R E C E I V A B L E   A C C O U N T   A G I N G   R E P O R T                    Page #:   2

Division:                for: EVANS GRAIN, FEED AND SEED COMPANY                           as of: 05/24/2011
                         Printed: May 24, 2011 12:28:38 P

| Invoice Date | Invoice# | Ship# | FA# | Invoice Description | Amount Received | Total | Total Amt D U E | Current- 30 Days | 31- 45 Days | 46- 60 Days | 0 - 61 days and Over | 0 Entry Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Report Totals:           155,819.54          2,265.40                        2,170.84    151,385.30

AR Entries Printed:      32

Total Finance Charges:   7765.44

155,819.54*
0.18=K
28,047.52*

28,047.52*            1,921.07+
565.=K          155,819.54+
76,842.21*      002

76,842.21*      157,740.61*
25.=K
1,921.07*

DATE: 05/24/11                                                                                                PAGE:   1
TIME: 12:26 pm

MINERAL A/R AGING - ALPHABETICAL BY NAME

| NAME ID DESCRIPTION | NAME ID NUMBER | LOC COD | PREPAID BALANCE | PAYMENTS ON HOLD | CURRENT BALANCE | 31-45 DAYS OLD | 46-60 DAYS OLD | 61+ DAYS OLD | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| BA INVC# DOCUM ACTIVITY | | | ACCOUNT | ACTIVITY | | | | | |
| CO /RCPT# TYPE DATE | | | BALANCE | DESCRIPTION | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ROCHA DAIRY, AL | 00153 | 501 | .00 | .00 | 2507.96 | .00 | 6347.13 | 84910.06 | 93765.15 |
| M13362 ITEM 05/31/10 | | | 3750.76 | LOPER-ROCHA LACT. MINERAL | | | | | |
| M13411 ITEM 06/24/10 | | | 9077.45 | LOPER-ROCHA LACT. MINERAL | | | | | |
| M13414 ITEM 06/30/10 | | | 1386.40 | LOPER DRY COW MINERAL | | | | | |
| M13420 ITEM 06/30/10 | | | 1386.40 | LOPER DRY COW MINERAL | | | | | |
| M13469 ITEM 07/31/10 | | | 9263.83 | LOPER-ROCHA LACT. MINERAL | | | | | |
| M13480 ITEM 07/31/10 | | | 1386.40 | LOPER DRY COW MINERAL | | | | | |
| M13538 ITEM 08/31/10 | | | 1370.40 | LOPER DRY COW MINERAL | | | | | |
| M13542 ITEM 08/31/10 | | | 9259.22 | LOPER-ROCHA LACT. MINERAL | | | | | |
| M13589 ITEM 09/24/10 | | | 9332.86 | LOPER-ROCHA LACT. MINERAL | | | | | |
| M13615 ITEM 10/31/10 | | | 1360.40 | LOPER DRY COW MINERAL | | | | | |
| M13656 ITEM 10/31/10 | | | 9190.19 | LOPER-ROCHA LACT. MINERAL | | | | | |
| M13689 ITEM 11/30/10 | | | 1360.40 | LOPER DRY COW MINERAL | | | | | |
| C11540 F/CHG 01/31/11 | | | 979.38 | FINANCE CHARGE | | | | | |
| M13714 ITEM 12/31/10 | | | 9128.20 | LOPER-ROCHA LACT. MINERAL | | | | | |
| M13761 ITEM 12/31/10 | | | 1360.40 | LOPER DRY COW MINERAL | | | | | |
| C11542 F/CHG 02/28/11 | | | 1136.71 | FINANCE CHARGE | | | | | |
| M13769 ITEM 01/31/11 | | | 9442.88 | LOPER-ROCHA LACT. MINERAL | | | | | |
| C11545 F/CHG 03/31/11 | | | 1170.84 | FINANCE CHARGE | | | | | |
| M13873 ITEM 02/28/11 | | | 4737.78 | LOPER-ROCHA LACT. MINERAL | | | | | |
| M13894 ITEM 03/14/11 | | | 4924.73 | LOPER-ROCHA LACT. MINERAL | | | | | |
| M13899 ITEM 03/14/11 | | | 1422.40 | LOPER DRY COW MINERAL | | | | | |
| C11548 F/CHG 04/30/11 | | | 1337.12 | FINANCE CHARGE | | | | | |

*****GRAND*TOTALS*********************************************************************************************************

|   | 1 | | .00 | .00 | 2507.96 | .00 | 6347.13 | 84910.06 | 93765.15 |

ACR-A/R BALANCE-UR---00200    NAME ID NUMBER  00153-00153    LOCATION CODE  500-599


                    93,765.15×
                        0.18=K
                    16,877.73×

                    16,877.73÷                          1,156.01+
                        355.=K                          93,765.15+
                    46,240.357×              002
                                                        94,921.16×
                    46,240.357×
                        25.=K
                    1,156.01÷


EXHIBIT ___C___  To COMPLe

ROBINSON, ANTHON & TRIBE
ATTORNEYS AT LAW
615 "H" STREET
P. O. BOX 396
RUPERT, IDAHO 83350-0396

BRENT T. ROBINSON
KELLY ARTHUR ANTHON
MICHAEL P. TRIBE

MATTHEW C DARRINGTON
BRETT C. ANTHON

AREA CODE 208
TELEPHONE 436-4717
FAX 436-6804

June 23, 2011

David F. Shirley, Esq.
PARSONS, SMITH, STONE,
LOVELAND & SHIRLEY, LLP
P. O. Box 910
Burley, Idaho 83318

RE:   **Rocha Dairy, LLC – Chapter 11 Bankruptcy Case No. 11-40836-JDP
      - Evans Grain & Elevator Co. vs. Rocha Dairy, et al**

Dear Dave:

If you will check the records of the Secretary of State, you will find that Rocha Dairy partnership was dissolved some time ago, as indicated in your letter. Immediately after that Rocha Farms, the partnership, was formed and it has now been merged into Rocha Dairy. Based upon that, any assets with respect to Rocha Dairy, the partnership, and any responsibility of the individual partners would be connected to the bankruptcy. Therefore, I don't believe it is appropriate to proceed in this matter without first seeking permission from the bankruptcy court to do so. If you have any questions, please advise.

Very truly yours,

Brent T. Robinson

BTR:jb

pc: client

EXHIBIT B

04/30/09  THU 09:04 FAX 208    1313    Document                        ☒005

251

**FILED EFFECTIVE**

## CERTIFICATE OF ORGANIZATION
## LIMITED LIABILITY COMPANY

(Instructions on back of application)

2009 APR 30  AM 10: 31

SECRETARY OF STATE
STATE OF IDAHO

1. The name of the limited liability company is:

ROCHA DAIRY, LLC

2. The complete street and mailing addresses of the initial designated/principal office:

3164 A SOUTH 2050 EAST, WENDELL ID 83355

(Street Address)

(Mailing Address, if different than street address)

3. The name and complete street address of the registered agent:

ELCIDIO "AL" ROCHA          3164 A SOUTH 2050 EAST, WENDELL ID 83355

(Name)                      (Street Address)

4. The name and address of at least one member or manager of the limited liability company:

| Name | Address |
|------|---------|
| ELCIDIO "AL" ROCHA | 3164 A S 2050 E WENDELL ID 83355 |

5. Mailing address for future correspondence (annual report notices):

Same

6. Future effective date of filing (optional): _____

Signature of organizer(s). (An organizer is a member, or is acting in behalf of a member or members).

Signature _Elcidio Al Rocha_

Typed Name:  ELCIDIO "AL" ROCHA

Signature _____

Typed Name: _____

Secretary of State use only

W 83584

IDAHO SECRETARY OF STATE
04/30/2009  05:00
CK: 231287  CT: 172099  BH: 1168458
1 @ 100.00 = 100.00  ORGAN LLC # 3



EXHIBIT C

**FILED EFFECTIVE**

STATEMENT OF MERGER

2011 MAY 24  AM 11: 21

SECRETARY OF STATE
STATE OF IDAHO

STATEMENT IS HEREBY GIVEN:

1. That **Rocha Farms**, *an Idaho* a general partnership, is being merged into the surviving entity known as **Rocha Dairy, LLC,** *an Idaho LLC*

2. That both entities, namely, Rocha Farms and Rocha Dairy, LLC, and the partners/members in each entity, have agreed to this merger.

3. That this merger shall be effective immediately upon the filing of this Statement of Merger.

DATED this 23rd day of May, 2011.

Surviving Entity

ROCHA DAIRY, LLC

By: _Elcidio Al Rocha_
Elcidio "Al" Rocha, Member

ATTEST: _Brento T. Ribusi_

Merging Entity

ROCHA FARMS

By: _Elcidio Al Rocha_
Elcidio "Al" Rocha, Partner

ATTEST: _Brent T. Ribusi_

IDAHO SECRETARY OF STATE
05/24/2011  05:00
CK: 2005  CT: 213988  BH: 1275883
1 @ 30.00 =  30.00  STMT MERGE # 2
W83584

EXHIBIT  D

246



# STATEMENT OF PARTNERSHIP AUTHORITY

**(Instructions on back of application)**

FILED EFFECTIVE

2002 SEP 25 ☐ 8:42

STATE

The undersigned partnership hereby files a statement of partnership authority, and submits the following information to the Secretary of State pursuant to Idaho Code § 53-3-303.

1. The name of the partnership is: ROCHA DAIRY

2. The street address of its chief executive office is: 3164 SOUTH 2050 E, WENDELL ID 83355

3. The street address of one (1) office in Idaho: 3164 SOUTH 2050 EAST, WENDELL ID 83355

4. The names and mailing addresses of all partners (attached sheets may be added):

| Name | Address |
|------|---------|
| JOSE C. ROCHA | 3164 SOUTH 2050 EAST, WENDELL ID 83355 |
| IDA C. ROCHA | 3164 SOUTH 2050 EAST, WENDELL ID 83355 |
| ELCIDIO "AL" ROCHA | 3164 A SOUTH 2050 EAST, WENDELL ID 83355 |
| BARBARA ROCHA | 3164 A SOUTH 2050 EAST, WENDELL ID 83355 |
| DENNIS COELHO | 3164 B SOUTH 2050 EAST, WENDELL ID 83355 |
| DOLORES M. COELHO | 3164 B SOUTH 2050 EAST, WENDELL ID 83355 |

**OR** the name and address of the registered agent in Idaho is:

5. The names of the partners authorized to execute an instrument transferring real property held in the name of the partnership:

JOSE C. ROCHA
IDA C. ROCHA
ELCIDIO "AL" ROCHA        Signature of all partners required.
BARBARA ROCHA
DENNIS COELHO
DOLORES M. COELHO

6. Signature of at least 2 partners:

1) *Elcidio Al Rocha*

Typed Name, Elcidio Al Rocha

2) *Barbara Rocha*

Typed Name   Barbara Rocha

3) _____

Typed Name

Revised 01/2001

Secretary of State use only

IDAHO SECRETARY OF STATE
09/25/2002  05:00
CK: 14300  CT: 1660  BN: 490862
1 @ 100.00 = 100.00  PARTN AUT # 2

K77



EXHIBIT E

## STATEMENT OF AMENDMENT
## OF PARTNERSHIP NAME

1.    The name of the partnership is:      Rocha Dairy

2.    The name of the partnership is hereby amended to:  Rocha Farms

3.    The names and mailing addresses of all partners is:

Ida C. Rocha            3164 S 2050 E, Wendell ID  83355
Elcidio "Al" Rocha      3164 S 2050 E, Wendell ID  83355
Barbara Rocha           3164 A S 2050 E, Wendell ID  83355
Dennis Coelho           3164 B South 2050 E, Wendell ID  83355
Dolores M. Coelho       3164 B South 2050 E, Wendell ID  83355

Dated this  11th  day of  July, 2007.


_Elcidio Al Rocha_
ELCIDIO "AL" ROCHA
General Partner

2007 JUL 16 AM 8:31
SECRETARY OF STATE
STATE OF IDAHO

IDAHO SECRETARY OF STATE
07/16/2007 05:00
CX: 19666  CT: 1668  BH: 1065625
1 @ 30.00 = 30.00  STMT AMEN # 2

K77

EXHIBIT F

## STATEMENT OF AMENDMENT
## OF PARTNERSHIP NAME

**FILED EFFECTIVE**
07 OCT 26 AM 8:40
SECRETARY OF STATE
STATE OF IDAHO

1. The name of the partnership is:    Rocha Farms

2. The name of the partnership is hereby amended to:  Rocha Dairy

3. The names and mailing addresses of all partners is:

| | |
|---|---|
| Ida C. Rocha | 3164 S 2050 E, Wendell ID  83355 |
| Elcidio "Al" Rocha | 3164 S 2050 E, Wendell ID  83355 |
| Barbara Rocha | 3164 A S 2050 E, Wendell ID  83355 |
| Dennis Coelho | 3164 B South 2050 E, Wendell ID  83355 |
| Dolores M. Coelho | 3164 B South 2050 E, Wendell ID  83355 |

Dated this _24_ day of October, 2007.

_Elcidio Al Rocha_
ELCIDIO "AL" ROCHA
General Partner

IDAHO SECRETARY OF STATE
10/26/2007  05:00
CK: 20131  CT: 1660  BH: 1802573
1 @ 30.00 = 30.00  STMT AMEN # 2

K77

EXHIBIT  G

247

# STATEMENT OF DISSOLUTION
To the SECRETARY OF STATE, STATE OF IDAHO
(Instruction on back of application)

FILED EF
2009 APR 30  AM 10:
SECRETARY OF STATE
STATE OF IDAHO

Pursuant to Idaho Code § 53-3-805, the undersigned applies to the Secretary of State for statement of dissolution.

1. The name of the partnership is:

    ROCHA DAIRY

2. The date of filed statement of partnership of authority is: _____ 9/25/2002

3. The partnership is dissolved and is winding up its business.

4. Must be signed by 2 partners.

Secretary of State use only

Date: _4-30-09_

Signature: _Elcidio Al Rocha_

Typed name: ELCIDIO "AL" ROCHA

Signature: _Barbara Rocha_

Typed name: BARBARA ROCHA

IDAHO SECRETARY OF STATE
04/30/2009  05:00
CK: 231287  CT: 172099  BH: 1164450
1 @ 30.00 =  30.00  STMT DISS # 2

K 27

EXHIBIT   H



**ACCOUNT AGREEMENT**

P.O Box 777
Burley, Idaho 83318
Phone (208) 677-2179
FAX (208) 678-2290

*Rocha Dairy*, the "Buyer," enters into the following agreement with Evans Grain Feed and Seed Company, "Evans". The terms of this agreement shall control all purchases by the Buyer from Evans.

1. **PAYMENT TERMS:** Each invoice is due and payable upon receipt.
2. **DELINQUENT ACCOUNTS:** An account is delinquent when any balance is not paid within 30 days of invoice.
3. **ACCELERATION:** At any time the account exceeds the agreed credit limit or the account is delinquent, all amounts owing under the contract shall be immediately due and payable and be subject to a finance charge.
4. **FINANCE CHARGE:** Delinquent accounts shall incur a finance charge of 1½% per month, an annual percentage rate of 18%. All payments shall be first applied to accrued finance charges with the balance applied to the oldest unpaid invoice.
5. **SUSPENSION OF DELIVERIES:** Evans shall have the right, at its election, to suspend deliveries upon outstanding contracts during any period of time the account is delinquent.
6. **CONFIRMATION:** Evans shall send a Sales Contract to the Buyer, confirming each purchase, the terms of which shall constitute the contract between the parties unless the Buyer serves written objection to the terms within ten (10) days.
7. **MERCHANT:** The Buyer warrants that all purchases made under the terms of this agreement shall be for commercial purposes and that the Buyer is a merchant with respect to the types of goods which will be purchased.
8. **SECURITY AGREEMENT AND POWER:** Evans is granted a security interest in all goods sold under this agreement, the products and proceeds of such goods, all livestock owned by Buyer and their progeny, products, proceeds and milk. The Buyer appoints John Evans or any employee of Evans to act as the Buyers attorney-in-fact in executing any financing statements or other documents necessary to perfect the security interest.
9. **DEFAULT:** Any breach of the terms of this agreement including failure to pay delinquent accounts in full shall be a default. Upon default the non-defaulting party may proceed, without notice, to pursue all lawful remedies.
10. **COLLECTION COSTS:** In the event of default, the defaulting party shall be obligated to pay all costs of collection, including any attorneys fees reasonably incurred.
11. **PERSONAL GUARANTEES:** In the event the Buyer is a corporation, partnership or trust, all shareholder-partners-beneficiaries shall personally guarantee this account. Signing this agreement shall constitute such guarantee even if designated in a representative capacity.
12. **TERMINATION:** Evans shall be entitled to terminate the Buyer's right to purchase at any time without cause. Upon termination, the terms of this agreement shall continue to apply to any unpaid accounts.
13. **ENTIRE AGREEMENT:** This agreement is the entire agreement of the parties intended to be the final expression of its terms. All prior negotiations are incorporated herein. Any amendment or modification or supplement to this agreement shall be by a signed writing. The terms of any Sale Contract confirming a purchase by the Buyer shall supplement the provisions of this Agreement.
14. **ACCOUNT CONDITION:** Evans hereby agrees to open this account on the following basis;

   [   ] Open Account, Credit Limit $ _____

   [   ] Other _____

   **NOTICE:** Pursuant to Idaho Code § 9-505(5) a promise or commitment to lend money or to grant or extend credit in an original principal amount of $50,000 or more is valid only if in writing signed by the party charged or his agent.
15. **APPLICABLE LAW, VENUE AND JURISDICTION:** This agreement shall be governed by the law of the State of Idaho. Buyer agrees to be subject to personal jurisdiction by Idaho courts and that venue be in Cassia County, Idaho.

Dated this _17_ day of _April_, 19_96_.        *Rocha Dairy Eleidio Al Rocha*
                                                              Buyer

                                                By X _Eleidio Al Rocha_
                                                     Buyer's Signature

EVANS GRAIN, FEED AND SEED COMPANY, "EVANS"

_678- 7777_

Address _3164 S.   2050 E._

_Wendell,   Idaho 83355_

Phone _208 - 536-6786_

EXHIBIT 1