Brent T. Robinson, Esq., ISB No. 1932
Kelly Arthur Anthon, Esq., ISB No. 6575
ROBINSON, ANTHON & TRIBE
Attorneys at Law
615 H Street
P.O. Box 396
Rupert, ID  83350-0396
Telephone No. (208) 436-4717
Facsimile No. (208) 436-6804
Email Address:  btr@idlawfirm.com
                kaa@idlawfirm.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re: | ) | Case No.  11-40836 |
| --- | --- | --- |
|  | ) | (Chapter 11) |
| ROCHA DAIRY, LLC | ) |  |
| aka ROCHA FARMS, | ) |  |
|  | ) |  |
| Debtor. | ) |  |

OBJECTION TO MOTION TO VACATE AUTOMATIC STAY
AND NOTICE OF HEARING

COMES NOW the above-named debtor, by and through his attorney, Brent T. Robinson of the firm Robinson Anthon & Tribe, and objects to the Motion for Relief from the Automatic Stay filed by Evans Grain & Elevator, Co. for the following reasons:

1. That the indebtedness claimed to be owed is, in fact, owed by Rocha Dairy, LLC.

2. That Rocha Dairy, a partnership, has been dissolved and no longer in existence as evidenced by the Statement of Dissolution attached hereto and incorporated herein by reference.

3. That subsequent to its existence, Rocha Farms became a partnership for the purpose of owning the farm ground but with respect to the operation, it was Rocha Dairy, LLC.

Objection to . . . Stay . . . Notice of Hearing - 1

      4. That the indebtedness in question is owed by Rocha Dairy, LLC, and not by Rocha Dairy, a partnership, which no longer exists.

      2. The witnesses debtor expects to call in this matter are Elcidio "Al" Rocha and Barbara Rocha.

      DATED this 8th day of July, 2011.

                                    ROBINSON ANTHON & TRIBE

                                    By:/s/ Brent T. Robinson
                                        Brent T. Robinson

### NOTICE OF HEARING

      PLEASE TAKE NOTICE that the above-entitled case is scheduled to come before this Court for hearing on debtor's Objection to Motion to Vacate Automatic Stay on **August 2, 2011, at 9:30 a. m.**, or as soon thereafter as the matter can be heard, via Boise-Pocatello video conference.

      DATED this 8th day of July, 2011.

                                      ROBINSON ANTHON & TRIBE

                                    By:/s/ Brent T. Robinson
                                        Brent T. Robinson
                                        Attorneys for Debtor
                                        btr@idlawfirm.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of July, 2011, the within and foregoing *Objection to Motion to Vacate Automatic Stay and Notice of Hearing* was filed electronically using the Court's CM/ECF system, and upon such filing the CM/ECF registered participants in this case were served electronically as follows:

- Kevin C Braley    kbraley@hollandhart.com, boiseintakeTeam@hollandhart.com;jlnewsom@hollandhart.com

- Robert A Faucher    rfaucher@hollandhart.com, boiseintaketeam@hollandhart.com;ntpratt@hollandhart.com

- David Wendell Gadd    dwg@magicvalleylaw.com, wfs@magicvalleylaw.com

- David Allen Heida    dheida@capitollawgroup.net, vpavkov@capitollawgroup.net

- R Ron Kerl    Ron@cooper-larsen.com, jamieb@cooper-larsen.com

- Mary P Kimmel    ustp.region18.bs.ecf@usdoj.gov

- Lance A Loveland    love9593@pmt.org

- Patrick William McNulty    pwmcnulty@hollandhart.com, ntpratt@hollandhart.com;boiseintaketeam@hollandhart.com

- Brent T Robinson    btr@idlawfirm.com, cb@idlawfirm.com

- David F Shirley    dshirley@pmt.org

- US Trustee    ustp.region18.bs.ecf@usdoj.gov

That a copy of said document was also sent via U. S. mail, postage paid, to the following:

Mr. & Mrs. Al Rocha
3164-A South 2050 East
Wendell, ID  83355-3543

/s/ Brent T. Roibnson
Brent T. Robinson