J. Justin May, ISB #5818
Glenn W. Godfrey, Jr., ISB #8035
MAY, BROWNING & MAY
1419 W. Washington
Boise, Idaho 83702
Phone: (208) 429-0905
Fax:    (208) 342-7278
jmay@may-law.com

Attorneys for the Official Unsecured Creditors' Committee
of Rocha Dairy, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No.: 11-40836-JDP |
| ROCHA DAIRY, LLC, | Chapter 11 |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

YOU WILL PLEASE TAKE NOTICE that J. Justin May of May, Browning & May does appear as counsel for the Official Unsecured Creditors' Committee of Rocha Dairy, LLC.

Request is made that all notices, pleadings, reports and papers filed with the court in this matter be given and served upon J. Justin May using the CM/ECF system.

DATED This 21st day of July, 2011.

                    MAY, BROWNING & MAY

                    By_____/s/_____
                    J. Justin May
                    Attorneys for Official Unsecured Creditors'
                    Committee of Rocha Dairy, LLC

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE - 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 21st day of July, 2011, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following.

- Kevin C Braley    kbraley@hollandhart.com, boiseintakeTeam@hollandhart.com;jlnewsom@hollandhart.com
- Robert A Faucher    rfaucher@hollandhart.com, boiseintaketeam@hollandhart.com;ntpratt@hollandhart.com
- David Wendell Gadd    dwg@magicvalleylaw.com, wfs@magicvalleylaw.com
- David Allen Heida    dheida@capitollawgroup.net, vpavkov@capitollawgroup.net
- R Ron Kerl    Ron@cooper-larsen.com, jamieb@cooper-larsen.com
- Mary P Kimmel    ustp.region18.bs.ecf@usdoj.gov
- Lance A Loveland    love9593@pmt.org
- Patrick William McNulty    pwmcnulty@hollandhart.com, ntpratt@hollandhart.com;boiseintaketeam@hollandhart.com
- Brent T Robinson    btr@idlawfirm.com, cb@idlawfirm.com
- David F Shirley    dshirley@pmt.org
- US Trustee    ustp.region18.bs.ecf@usdoj.gov

AND I FURTHER CERTIFY that on this 21st day of July, 2011, I served the foregoing on the following non-CM/ECF Registered Participants via First Class mail, postage prepaid, addressed as follows:

Official Unsecured Creditors
Committee of Rocha Dairy, LLC
c/o Troy Chandler
Farmore of Idaho
 P.O. Box 14
Twin Falls, ID 83301
COMMITTEE MEMBER

Lonnie Lowder
Blue Mud, Inc.
P.O. Box 5278
Twin Falls, ID 83303
COMMITTEE MEMBER

David Silva
High Mountain Hay
3477 North 2600 East
Twin Falls, ID 83301
COMMITTEE MEMBER

Chancey Standlee
Standlee Hay Company
826 South 1700 East
Eden, ID 83325
COMMITTEE MEMBER

Cindy Wiersema
Kurt Wiersema Trucking
352 South 500 West
Jerome, ID 83338
COMMITTEE MEMBER

Rocha Dairy, LLC
c/o Brent T. Robinson
P.O. Box 396
Rupert, ID 83350
DEBTOR

/s/J. Justin May
J. Justin May

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE - 2